**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ansari Pizza, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  CICI'S PIZZA |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 90-0706478 |

4. **Debtor's address**

**Principal place of business**

525 East Jackson Street, Unit 708
Orlando, FL 32801
Number, Street, City, State & ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

P.O. Box 6547
Orlando, FL 32802
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**   www.cicis.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ansari Pizza, LLC**                                            Case number (*if known*) _____
       Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7225**

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Debtor    Ansari Pizza, LLC _____    Case number (*if known*) _____
       Name

| | |
|---|---|
| **10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

   ■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    __Ansari Pizza, LLC_____    Case number (*if known*) _____
              Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Ansari Pizza, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2024**
                MM / DD / YYYY

X _____          Nabeel T. Ansari
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

X _____          Date  **March 25, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 337-2060**          Email address  **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

Debtor   **Ansari Pizza, LLC**                                     Case number (*if known*) _____
         Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA _____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **5033 West 192, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **7437 International Drive, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **7763 West 192, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **Pizza Buffet 749 LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **Pizza Buffet Clearwater, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **Pizza Buffet Gatlinburg, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **Pizza Buffet Pigeon Forge, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |
| Debtor | **Pizza Unlimited Sevierville, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida** | When **3/25/24** | Case number, if known | |

Fill in this information to identify the case:

Debtor name  **Ansari Pizza, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 25, 2024**          X  _____
                                              Signature of individual signing on behalf of debtor

                                              **Nabeel T. Ansari**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Ansari Pizza, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EQUIFAX WORKFORCE SOLUTIONS LLC 4076 PAYSPHERE CIRCLE CHICAGO, IL 60674 | Laura Serrano laura.serrano@equifax.com 720-201-9487 | Trade Debt | | | | $6,930.90 |
| JMC RESTAURANT DISTRIBUTION 1080 WEST BETHEL RD COPPELL, TX 75019-4427 | Sarahi Padilla spadilla@cicispizza.com 972-544-9786 | Trade Debt | | | | $5,880.00 |
| KENNEY COMMUNICATIONS INC 1215 SPRUCE AVENUE ORLANDO, FL 32824 | | Trade Debt | | | | $2,550.00 |
| Peter P. Wiest 10447 Down Lakeview Drive Windermere, FL 34786 | Lauren C. Heatwole, Esq. lauren@heatwolelaw.com 407-490-2467 | Loan | Contingent Unliquidated Disputed | | | $3,595,035.12 |

### United States Bankruptcy Court
#### Middle District of Florida

In re  Ansari Pizza, LLC _____    Case No. _____

_____ Debtor(s)    Chapter  11 _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Faisal Ansari<br>50 South Point Dr., #606<br>Miami Beach, FL 33139 | n/a | 21.05% | Member |
| Jasmine Ansari<br>10469 Down Lakeview Circle<br>Windermere, FL 34786 | n/a | 18.425% | Member |
| Nabeel Ansari<br>8408 Ludington Circle<br>Orlando, FL 32836 | n/a | 21.05% | Member |
| Sophia Ansari<br>9546 Wickham Way<br>Orlando, FL 32836 | n/a | 21.05% | Member |
| Tahir Ansari<br>10469 Down Lakeview Circle<br>Windermere, FL 34786 | n/a | 18.425% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 25, 2024 _____    Signature _____
                                             Nabeel T. Ansari

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Ansari Pizza, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 25, 2024** _____

_____
**Nabeel T. Ansari/Manager**
Signer/Title

Ansari Pizza, LLC
P.O. Box 6547
Orlando, FL 32802

Peter P. Wiest
10447 Down Lakeview Drive
Windermere, FL 34786

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

PINELLAS CO. TAX COLLECTOR
PO BOX 31149
TAMPA, FL 33631-3149

EQUIFAX WORKFORCE
SOLUTIONS LLC
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

U.S. Small Business Admin.
2 North Street, Ste. 320
Birmingham, AL 35203

Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

U.S. Small Business Admin.
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256

Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JMC RESTAURANT DISTRIBUTION
1080 WEST BETHEL RD
COPPELL, TX 75019-4427

KENNEY COMMUNICATIONS INC
1215 SPRUCE AVENUE
ORLANDO, FL 32824

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801