## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| ANSARI PIZZA, LLC | Case No. 6:24-bk-01433-GER |
| | *Lead case* |
| | *Jointly Administered with* |
| 5033 WEST 192, LLC | Case No. 6:24-bk-01434-GER |
| 7437 INTERNATIONAL DRIVE, LLC | Case No. 6:24-bk-01435-GER |
| 7763 WEST 192, LLC | Case No. 6:24-bk-01436-GER |
| PIZZA BUFFET 749, LLC | Case No. 6:24-bk-01438-GER |
| PIZZA BUFFET CLEARWATER, LLC | Case No. 6:24-bk-01439-GER |
| PIZZA BUFFET GATLINBURG, LLC | Case No. 6:24-bk-01440-GER |
| PIZZA BUFFET PIGEON FORGE, LLC | Case No. 6:24-bk-01442-GER |
| PIZZA UNLIMITED SEVIERVILLE, LLC | Case No. 6:24-bk-01443-GER |
| Debtors. / | |

### DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO PAY PREPETITION WAGES, SALARIES, AND OTHER EMPLOYEE BENEFITS

> The Debtors respectfully request that the relief requested in this Motion be considered at the preliminary hearing on **Thursday, March 28, 2024, At 9:00AM**

The above-captioned Debtors, hereby jointly and respectfully move the Court, pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a) and Local Rule 2081(f)(3), for entry of an order authorizing the payment of prepetition wages, salaries, other employment benefits to employees and for related tax obligations. In support of this Motion, the Debtors respectfully state as follows:

### I.    BACKGROUND

1.    On March 25, 2024, each of the above-captioned Debtors filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"), with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, electing to

proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended, thereby initiating the following chapter 11 cases (collectively, the "Bankruptcy Cases"):

| | |
|---|---|
| ANSARI PIZZA, LLC | Case No. 6:24-bk-01433-GER |
| 5033 WEST 192, LLC | Case No. 6:24-bk-01434-GER |
| 7437 INTERNATIONAL DRIVE, LLC | Case No. 6:24-bk-01435-GER |
| 7763 WEST 192, LLC | Case No. 6:24-bk-01436-GER |
| PIZZA BUFFET 749, LLC | Case No. 6:24-bk-01438-GER |
| PIZZA BUFFET CLEARWATER, LLC | Case No. 6:24-bk-01439-GER |
| PIZZA BUFFET GATLINBURG, LLC | Case No. 6:24-bk-01440-GER |
| PIZZA BUFFET PIGEON FORGE, LLC | Case No. 6:24-bk-01442-GER |
| PIZZA UNLIMITED SEVIERVILLE, LLC | Case No. 6:24-bk-01443-GER |

2. No trustee or examiner has been appointed and the Debtors each continue to operate its business as debtor-in-possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

3. On March 26, 2024, the Court directed that the Debtors' Bankruptcy Cases be jointly administered for procedural purposes, designating the lead case to be ANSARI PIZZA, LLC, Case No. 6:24-bk-01433-GER (the "Lead Case"). *See* Doc. No. 8.

4. The Lead Case Debtor, ANSARI PIZZA, LLC, IS the parent LLC that oversees and manages the operations of eight (8) operating CiCi's Pizza franchises.

5. The additional eight (8) above-captioned jointly administered Debtors (collectively referred to as the "Affiliated Debtors")[1] are single-purpose entities dedicated to operating a single CiCi's Pizza location. The following chart sets forth all the Debtors names and the related CiCi's Pizza restaurant information for each Affiliated Debtor:

| Debtor | Cici's Pizza # | Store Location |
|---|---|---|
| **ANSARI PIZZA, LLC** | n/a | n/a |
| **5033 WEST 192, LLC** | 585 | 5033 West Hwy 192<br>Kissimmee, FL 34747 |

---

[1] The "Affiliated Debtors" are: 5033 WEST 192, LLC, 7437 INTERNATIONAL DRIVE, LLC, 7763 WEST 192, LLC, PIZZA BUFFET 749, LLC, PIZZA BUFFET CLEARWATER, LLC, PIZZA BUFFET GATLINBURG, LLC, PIZZA BUFFET PIGEON FORGE, LLC, and PIZZA UNLIMITED SEVIERVILLE, LLC.

| Debtor | Cici's Pizza # | Store Location |
|---|---|---|
| **7437 INTERNATIONAL DRIVE, LLC** | 580 | 7437 International Drive Orlando, FL 32819 |
| **7763 WEST 192, LLC** | 797 | 7763 W Irlo Bronson Memorial Hwy Kissimmee, FL 34747 |
| **PIZZA BUFFET 749, LLC** | 749 | 410 W 49th St Hialeah, FL 33012 |
| **PIZZA BUFFET CLEARWATER, LLC** | 897 | 1560 McMullen Booth Rd Units G1, H1-H2 Clearwater, FL 33759 |
| **PIZZA BUFFET GATLINBURG, LLC** | 900 | 849 River Road Gatlinburg, TN 33738 |
| **PIZZA BUFFET PIGEON FORGE, LLC** | 888 | 3189 Parkway, Unit 4B Pigeon Forge, TN 37863 |
| **PIZZA UNLIMITED SEVIERVILLE, LLC** | 822 | 1811 Parkway, #100 Sevierville, TN 37862 |

II.  **THE DEBTORS' EMPLOYEES AND PREPETITION PAYROLL OBLIGATIONS**

6. Together, the Debtors employ approximately one hundred (100) W-2 employees (the "Employees"). The Employees are paid bi-weekly for services rendered during the prior two-week period. In addition to their wages or salaries, the Employees receive healthcare and other benefits from the Debtors. Each Debtor pays its respective Employees. All the Debtors outsource their payroll processing functions to Paychex.

7. The Employees perform critical front- and back-of-the house functions for Debtors' restaurants and business operations. The Employees are vital to the continued operation of the Debtors' businesses and necessary for the success of these chapter 11 cases. Any delay in paying the Employees their compensation due as of the Petition Date will adversely impact the Debtors' relationships with the Employees. In fact, it is likely that many will quit working for the Debtors.

Maintaining happy and experienced Employees is critical at this juncture to continuing operations and the viability of these chapter 11 cases.

8.  In addition to funding the Employees' wages and benefits, each Debtor is also required by law to withhold amounts related to federal, state, and local income taxes, as well as Social Security and Medicare taxes (collectively, the "Withholding Taxes") and to remit them to the appropriate taxing authorities (collectively, the "Taxing Authorities"). The Debtors are also required to make payments from their own funds on account of Social Security and Medicare taxes and to pay, based on a percentage of gross payroll (and subject to state-imposed limits), additional amounts to the Taxing Authorities for, among other things, state and federal unemployment insurance (collectively, the "Employer Payroll Taxes" and, together with the Withholding Taxes as the "Payroll Tax Obligations").

9.  The Debtors also make ordinary course reimbursements to their Employees for medical benefit and business expenses. These Employees have already expended funds with the expectation of reimbursement and the failure to reimburse would cripple morale and jeopardize reorganization.

### A.  **Breakdown of the Prepetition Payroll Obligations**

10. The Debtors' next payroll is to be paid to the Employees on April 5, 2024, for the pay period beginning on March 18, 2024, and ending March 31, 2024 – which includes eight days prepetition (the "Prepetition Period").

11. For the Prepetition Period, the Debtors, combined, owe approximately $142,000 to the Employees for prepetition employee wages, salaries, benefits (the "Prepetition Wages") and for the related Employee Payroll Tax Obligations.

12. The specific amounts that each Debtor is estimated[2] to owe its Employees for Prepetition Wages and Payroll Tax Obligations are set forth and detailed in the attached **Exhibit A**, which is incorporated herein by reference.

13. The Debtors will provide the U.S. Trustee with copies of the payroll reports detailing the precise amounts paid to or attributable to each specific Employee.

## III.   RELIEF REQUESTED

14. By this Motion, the Debtors respectfully seek authorization to (a) pay the Employees' Prepetition Wages; (b) withhold and remit the Payroll Tax Obligations to the appropriate authorities; and (c) reimburse the Employees for ordinary course medical benefit and business expenses. To that end, the Debtors also request that the Court waive the notice and stay provisions, as applicable, set forth in Bankruptcy Rule 6004.

15. It is essential that Debtors obtain authorization to pay the Employees' Prepetition Wages to maintain the continuity of their business and to preserve the morale of the Employees, which are both vital to continuing operations. If the Debtors are not permitted to pay the Prepetition Wages, the Employees will not receive payment for services already performed, which would irreparably harm the Employees' morale at the time when their services are needed most. Additionally, some Employees have already expended personal funds with the expectation of reimbursement. The failure to pay these Employees their Prepetition Wages and reimbursements could ruin the Debtors.

16. Moreover, the Debtors payment of the prepetition wage claims in the ordinary course of business will not prejudice general unsecured creditors or materially affect the Debtors' estates as such claims are entitled to priority under sections 507(a)(4) and 507(a)(8)(D) of the

---

[2] The estimated Prepetition Wage and Payroll Tax Obligations set forth on the attached Exhibit A were calculated using the payroll reports for the most recent pay period, which was paid to the Employees on Friday, March 22, 2024.

Bankruptcy Code and must be paid ahead of general unsecured claims. Further, no Employee will be paid Prepetition Wages in an amount that exceeds the $15,150 limit set forth in section 507(a)(4).

17. Authorization to pay the Payroll Tax Obligations is also warranted because such amounts generally give rise to priority claims under section 507(a)(8) of the Bankruptcy Code and, therefore, general unsecured creditors will not be prejudiced by such payment. The Debtors also believe that it is necessary to pay the administrative costs owed to third-party vendors who provide compensation services and products. Absent the relief requested, the Debtors will be unable to maintain their payrolls and compensation programs in an efficient and cost-effective manner.

18. Bankruptcy Rule 6003(b) provides that, to the extent relief is necessary to avoid immediate and irreparable harm, a bankruptcy court may issue an order granting "a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition" before 21 days after filing of the petition. As stated above, the Employees are vital to the Debtors' operations. Failure to satisfy payroll obligations in the ordinary course of business will jeopardize the Employees' loyalty and trust, which may cause such individuals to leave the Debtors' employ or service during this critical time. Disruption to the Debtors' business and operations by Employee unrest would be severe and potentially irreparable. Moreover, the Employees rely on the Debtors' compensation to pay their living expenses and the effect could be financially ruinous if the Debtors cannot immediately pay them in the ordinary course of business. Accordingly, the Debtors submit that the relief requested herein is necessary to avoid immediate and irreparable harm, and, therefore, Bankruptcy Rule 6003 is satisfied.

19. Payment of the Prepetition Wages and Payroll Tax Obligation is warranted and justified by the facts and circumstances of these Bankruptcy Cases. The Employees are vital to the restaurants' continuing operations, making them necessary for the success of these chapter 11 cases. Any delay in paying the Prepetition Wages will likely cause irreparably harm to the Employees' morale, dedication, confidence, and cooperation. Because many of the Employees interact with the Debtors' customers and suppliers – upon whose continued support and loyalty the Debtors rely – the Employees' support for this reorganization is critical.

20. Lastly, to implement the foregoing successfully, the Debtors seek a waiver of the notice requirements under Bankruptcy Rule 6004(a) and the 14-day stay of an order authorizing the use, sale, or lease of property under Bankruptcy Rule 6004(h). As explained above, the relief requested herein is necessary to avoid immediate and irreparable harm to the Debtors. Accordingly, ample cause exists to justify the waiver of the notice requirements under Bankruptcy Rule 6004(a) and the 14-day stay imposed by Bankruptcy Rule 6004(h), to the extent such notice requirements and such stay apply.

*Remainder of page intentionally blank*

**WHEREFORE**, the Debtors respectfully request this Court enter an order: (i) granting this Motion; (ii) authorizing the Debtor to (a) pay the Employees' Prepetition Wages, (b) withhold and remit the Payroll Tax Obligations to the appropriate authorities, (c) reimburse the Employees for ordinary course medical benefit and business expenses; (iii) waiving the notice and stay provisions set forth in Bankruptcy Rule 6004; and (iv) for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 27th day of March 2024.

*/s/ R. Scott Shuker*
R. Scott Shuker, Esq.
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
*Attorneys for the Debtors*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2024, a true copy of the foregoing **EMERGENCY MOTION FOR AUTHORIZATION TO PAY PREPETITION WAGES, SALARIES, AND OTHER EMPLOYEE BENEFITS**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: the **Debtor, c/o Registered Agent Nabeel T. Ansari**, 525 East Jackson St., #803, Orlando, FL 32801; **Office of the United States Trustee**, George C Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; All parties listed on the **attached Mailing Matrix**.

*/s/ R. Scott Shuker*
R. Scott Shuker, Esq.

**Ansari Pizza, LLC**
**Case No.: 6:24-bk-01433**
**20 Largest Unsecured Creditors**
**and Combined All-Creditor Matrices**

EQUIFAX WORKFORCE
SOLUTIONS LLC
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JMC RESTAURANT DISTRIBUTION
1080 WEST BETHEL RD
COPPELL, TX 75019-4427

KENNEY COMMUNICATIONS INC
1215 SPRUCE AVENUE
ORLANDO, FL 32824

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Peter P. Wiest
10447 Down Lakeview Drive
Windermere, FL 34786

PINELLAS CO. TAX COLLECTOR
PO BOX 31149
TAMPA, FL 33631-3149

ASCENTIUM CAPITAL LLC
23970 HWY 19 N
Kingwood, TX 77339

CINTAS
PO BOX 630910
CINCINNATI, OH 45263-0910

ECOLAB PEST ELIMINATION DIV.
26252 NETWORK PLACE
CHICAGO, IL 60673

FL Dept of Revenue
c/o Receivables Management
PO Box 8045
Tallahassee, FL 32314-8045

FLORIDA DEPT OF REVENUE
5050 W TENNESSEE ST.
TALLAHASSEE, FL 32399-0125

Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida First Capital
Finance Corporation
1351 N. Gadsden St.
Tallahassee, FL 32303

INNOVATIVE TECHINCAL
SERVICE ONE LLC
9153 CARMELA AVE
DAVENPORT, FL 33897

Republic Trash Servies
11255 Rocket Blvd.
Orlando, FL 32824

Spectrio, LLC
PO BOX 890271
CHARLOTTE, NC 28289-0271

STATE CLEANING SOLUTIONS
PO BOX 844284
BOSTON, MA 02284-4284

Universal Roof & Contracting
5655 CARDER RD.
ORLANDO, FL 32810

STREET OUTDOOR
52 RILEY RD 377
CELEBRATION, FL 34747

WRAPS FOR LESS LLC
4490 35TH ST
ORLANDO, FL 32811

CITY OF SEVIERVILLE
PO BOX 5500
Sevierville, TN 37864-5500

SafeT Systems Inc.
2051 Castaic Lane
Knoxville, TN 37932

Tennessee Dept of Revenue
c/o TN Atty General's Office
P.O. Box 20207
Nashville, TN 37202-0207

Tennessee Dept. of Revenue
Attn: Taxpayer Services Div.
3RD Floor, 500 Deaderick St.
Nashville, TN 37242

CITY OF GATLINBURG
PO BOX 5
GATLINBURG, TN 37738-0005

Coca-Cola Service & Parts
PO Box 102703
ATLANTA, GA 30368

ENVIRO MASTER INTERNATIONAL
FRANCHISE LLC
PO BOX 12350
CHARLOTTE, NC 28220

Pinellas Co. Tax Collectotor
29399 US Hwy 19 N #100
Clearwater, FL 33761

SACOA CASHLESS SYSTEM
6457 Hazeltine Natoinal Dr.
Suite 130
Orlando, FL 32822

SYSCO WEST COAST FLORIDA INC
3000 69TH ST EAST
PALMETTO, FL 34221

Miami-Dade Co. Tax Collector
200 NW 2nd Ave
Miami, FL 33128

UNIVERSAL FIRE
2232 W 80TH ST BAY 1
HIALEAH, FL 33016

STEARNS BANK N.A.
500 13TH STREET
ALBANY, MN, 56307

U.S. SMALL BUSINESS ADMIN.
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL, 35203

U.S. SMALL BUSINESS ADMIN.
7825 BAYMEADOWS WAY, STE 100-B
JACKSONVILLE, FL 32256

FIRST HORIZON BANK
ATTN: JORDAN D. BRYAN, CEO
165 MADISON AVE.
MEMPHIS, TN 38103

FIRST HORIZON BANK
C/O REGISTERED AGENT, CT
CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

TRUIST BANK
ATTN: HASANA STANBERRY, V.P.
214 N TRYON ST
CHARLOTTE, NC 28202

TRUIST BANK
C/O REGISTERED AGENT
CORPORATION SERVICE CO.
1201 HAYS ST.
TALLAHASSEE, FL 32301

FIFTH THIRD BANK
ATTN: TIMOTHY N. SPENCE, CEO
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

FIFTH THIRD BANK
C/O REGISTERED AGENT
CORPORATION SERVICE CO.
1201 HAYS ST.
TALLAHASSEE, FL 32301

CITIZENS NATIONAL BANK
ATTN: DOUGLAS SWAGGERTY, CEO
200 FORKS OF THE RIVER PKWY,
SEVIERVILLE, TN 37862

C T CORPORATION SYSTEM, AS REP.
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA, 91203

CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE
P.O. BOX 2576
SPRINGFIELD, IL, 62708

FFE SERVICES LLC,
AS REPRESENTATIVE
244 MADISON AVENUE, SUITE 379
NEW YORK, NY, 10016

FFE SERVICES LLC, AS REPRESENTATIVE
3 W 35TH STREET, 10TH FLOOR
NEW YORK, NY, 10001

STEARNS BANK N.A.
ATTN: KELLY SKALICY, CEO
4191 2ND ST S
SAINT CLOUD, MN 56301

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | ANSARI PIZZA, LLC | | 5033 WEST 192, LLC #585 | |
|---|---:|---:|---:|---:|
| Number of Employees | 7 | | 29 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $32,280.90 | $18,446.23 | $10,172.34 | $5,812.77 |
| Check Amounts | $0.00 | $0.00 | $13,109.68 | $7,491.25 |
|  | $32,280.90 | $18,446.23 | $23,282.02 | $13,304.01 |
| **Employee Withholdings** | | | | |
| Social Security | $2,429.13 | $1,388.07 | $1,649.19 | $942.39 |
| Medicare | $568.12 | $324.64 | $385.70 | $220.40 |
| Fed Income Tax | $3,741.82 | $2,138.18 | $1,282.98 | $733.13 |
|  | $6,739.07 | $3,850.90 | $3,317.87 | $1,895.93 |
| **Employer Withholdings** | | | | |
| Social Security | $2,429.11 | $1,388.06 | $1,649.20 | $942.40 |
| Medicare | $568.10 | $324.63 | $385.69 | $220.39 |
| Fed Unemploy | $0.00 | $0.00 | $110.03 | $62.87 |
| State Unemploy | $0.00 | $0.00 | $495.15 | $282.94 |
| Employee Deductions | $353.11 | $201.78 | $0.00 | $0.00 |
|  | $3,350.32 | $1,712.69 | $2,640.07 | $1,225.67 |
| **Totals** | **$42,370.29** | **$24,009.82** | **$29,239.96** | **$16,425.61** |

# EXHIBIT A

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | 7437 INTERNATIONAL DRIVE, LLC #580 | | 7763 WEST 192, LLC #797 | |
|---|---:|---:|---:|---:|
| Number of Employees | 34 | | 22 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $10,580.95 | $6,046.26 | $15,611.58 | $8,920.90 |
| Check Amounts | $19,643.31 | $11,224.75 | $7,127.23 | $4,072.70 |
|  | $30,224.26 | $17,271.01 | $22,738.81 | $12,993.61 |
| **Employee Withholdings** | | | | |
| Social Security | $2,158.23 | $1,233.27 | $1,610.49 | $920.28 |
| Medicare | $504.72 | $288.41 | $376.63 | $215.22 |
| Fed Income Tax | $1,922.90 | $1,098.80 | $1,223.09 | $698.91 |
|  | $4,585.85 | $2,620.49 | $3,210.21 | $1,834.41 |
| **Employer Withholdings** | | | | |
| Social Security | $2,158.25 | $1,233.29 | $1,610.50 | $920.29 |
| Medicare | $504.73 | $288.42 | $376.64 | $215.22 |
| Fed Unemploy | $136.07 | $77.75 | $99.36 | $56.78 |
| State Unemploy | $612.45 | $349.97 | $447.13 | $255.50 |
| Employee Deductions | $172.15 | $98.37 | $372.69 | $212.97 |
|  | $3,583.65 | $1,599.46 | $2,906.32 | $1,192.29 |
| **Totals** | **$38,393.76** | **$21,490.95** | **$28,855.34** | **$16,020.30** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | PIZZA BUFFET 749, LLC #749 | | PIZZA BUFFET CLEARWATER, LLC #897 | |
|---|---|---|---|---|
| Number of Employees | 26 | | 22 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $18,833.98 | $10,762.27 | $16,949.32 | $9,685.33 |
| Check Amounts | $2,458.85 | $1,405.06 | $3,106.59 | $1,775.19 |
|  | $21,292.83 | $12,167.33 | $20,055.91 | $11,460.52 |
| **Employee Withholdings** | | | | |
| Social Security | $1,505.46 | $860.26 | $1,432.07 | $818.33 |
| Medicare | $352.07 | $201.18 | $334.94 | $191.39 |
| Fed Income Tax | $1,131.48 | $646.56 | $1,256.35 | $717.91 |
|  | $2,989.01 | $1,708.01 | $3,023.36 | $1,727.63 |
| **Employer Withholdings** | | | | |
| Social Security | $1,505.47 | $860.27 | $1,432.07 | $818.33 |
| Medicare | $352.06 | $201.18 | $334.93 | $191.39 |
| Fed Unemploy | $120.30 | $68.74 | $85.58 | $48.90 |
| State Unemploy | $541.38 | $309.36 | $770.43 | $440.25 |
| Employee Deductions | $0.00 | $0.00 | $200.69 | $114.68 |
|  | $2,519.21 | $1,130.19 | $2,823.70 | $1,058.62 |
| **Totals** | **$26,801.05** | **$15,005.53** | **$25,902.97** | **$14,246.77** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

| | PIZZA BUFFET GATLINBURG, LLC #900 | | PIZZA BUFFET PIGEON FORGE, LLC #888 | |
|---|---|---|---|---|
| **Number of Employees** | 14 | | 21 | |
| | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $7,243.36 | $4,139.06 | $5,671.61 | $3,240.92 |
| Check Amounts | $5,838.75 | $3,336.43 | $13,151.16 | $7,514.95 |
| | $13,082.11 | $7,475.49 | $18,822.77 | $10,755.87 |
| **Employee Withholdings** | | | | |
| Social Security | $929.75 | $531.29 | $1,230.28 | $703.02 |
| Medicare | $217.44 | $124.25 | $287.74 | $164.42 |
| Fed Income Tax | $743.49 | $424.85 | $898.91 | $513.66 |
| | $1,890.68 | $1,080.39 | $2,416.93 | $1,381.10 |
| **Employer Withholdings** | | | | |
| Social Security | $929.74 | $531.28 | $1,230.29 | $703.02 |
| Medicare | $217.45 | $124.26 | $287.73 | $164.42 |
| Fed Unemploy | $56.42 | $32.24 | $87.26 | $49.86 |
| State Unemploy | $253.86 | $145.06 | $430.44 | $245.97 |
| Employee Deductions | $376.93 | $215.39 | $0.00 | $0.00 |
| | $1,834.40 | $687.78 | $2,035.72 | $917.30 |
| **Totals** | **$16,807.19** | **$9,243.66** | **$23,275.42** | **$13,054.27** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | PIZZA UNLIMITED SEVIERVILLE, LLC #822 | | DEBTORS' COMBINED PAYROLL TOTALS | |
|---|---:|---:|---:|---:|
| Number of Employees | 24 | | 199 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $5,609.44 | $3,205.39 | $122,953.48 | $70,259.13 |
| Check Amounts | $11,764.41 | $6,722.52 | $76,199.98 | $43,542.85 |
|  | $17,373.85 | $9,927.91 | $199,153.46 | $113,801.98 |
| **Employee Withholdings** | | | | |
| Social Security | $1,336.91 | $763.95 | $14,281.51 | $8,160.86 |
| Medicare | $312.65 | $178.66 | $3,340.01 | $1,908.58 |
| Fed Income Tax | $1,105.96 | $631.98 | $13,306.98 | $7,603.99 |
|  | $2,755.52 | $1,574.58 | $30,928.50 | $17,673.43 |
| **Employer Withholdings** | | | | |
| Social Security | $1,336.94 | $763.97 | $14,281.57 | $8,160.90 |
| Medicare | $312.66 | $178.66 | $3,339.99 | $1,908.57 |
| Fed Unemploy | $104.10 | $59.49 | $799.12 | $456.64 |
| State Unemploy | $474.16 | $270.95 | $4,025.00 | $2,300.00 |
| Employee Deductions | $1,767.55 | $1,010.03 | $3,243.12 | $1,853.21 |
|  | $3,995.41 | $1,002.11 | $25,688.80 | $10,526.10 |
| **Totals** | **$24,124.78** | **$12,504.61** | **$255,770.76** | **$142,001.51** |