UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ansari Pizza, LLC                                   Case No.: 6:24-bk-01433-GER
                                                    Chapter 11

        Debtor.
_____/

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Jerrett M. McConnell**
**6100 Greenland Road, Unit 603**
**Jacksonville, Florida 32258**
**Phone: (904) 570-9180**
**Email: trustee@mcconnelllawgroup.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

The meeting of creditors will be held telephonically on April 29, 2024, at 1:00 p.m.

The United States Bankruptcy Court will serve creditors and parties in interest with the Notice of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

Date: March 27, 2024

        Respectfully Submitted,

        Mary Ida Townson
        United States Trustee, Region 21

        */s/ Audrey May Aleskovsky*
        Audrey May Aleskovsky, Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        Florida Bar No.: 103236
        George C. Young Federal Building and Courthouse
        400 W. Washington Street, Suite 1100
        Orlando, FL 32801
        Telephone No.: (407) 648-6068
        Facsimile No.: (407) 648-6323
        Email: Audrey.m.Aleskovsky@usdoj.gov