**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| ANSARI PIZZA, LLC | Case No. 6:24-bk-01433-GER |
| | *Lead case* |
| | *Jointly Administered with* |
| 5033 WEST 192, LLC | Case No. 6:24-bk-01434-GER |
| 7437 INTERNATIONAL DRIVE, LLC | Case No. 6:24-bk-01435-GER |
| 7763 WEST 192, LLC | Case No. 6:24-bk-01436-GER |
| PIZZA BUFFET 749, LLC | Case No. 6:24-bk-01438-GER |
| PIZZA BUFFET CLEARWATER, LLC | Case No. 6:24-bk-01439-GER |
| PIZZA BUFFET GATLINBURG, LLC | Case No. 6:24-bk-01440-GER |
| PIZZA BUFFET PIGEON FORGE, LLC | Case No. 6:24-bk-01442-GER |
| PIZZA UNLIMITED SEVIERVILLE, LLC | Case No. 6:24-bk-01443-GER |
| Debtors. | |
| _____/ | |

## DEBTOR ANSARI PIZZA, LLC'S NOTICE OF FILING CASH BUDGET

Debtor, **ANSARI PIZZA, LLC**, hereby files this **NOTICE OF FILING CASH BUDGET** attached hereto as **Exhibit "A."**

**RESPECTFULLY SUBMITTED** this 27th day of March 2024.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| ANSARI PIZZA, LLC | Case No. 6:24-bk-01433-GER |
| | *Lead case* |
| | *Jointly Administered with* |
| 5033 WEST 192, LLC | Case No. 6:24-bk-01434-GER |
| 7437 INTERNATIONAL DRIVE, LLC | Case No. 6:24-bk-01435-GER |
| 7763 WEST 192, LLC | Case No. 6:24-bk-01436-GER |
| PIZZA BUFFET 749, LLC | Case No. 6:24-bk-01438-GER |
| PIZZA BUFFET CLEARWATER, LLC | Case No. 6:24-bk-01439-GER |
| PIZZA BUFFET GATLINBURG, LLC | Case No. 6:24-bk-01440-GER |
| PIZZA BUFFET PIGEON FORGE, LLC | Case No. 6:24-bk-01442-GER |
| PIZZA UNLIMITED SEVIERVILLE, LLC | Case No. 6:24-bk-01443-GER |
| Debtors. / | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2024, a true copy of **DEBTOR ANSARI PIZZA, LLC'S NOTICE OF FILING CASH BUDGET** together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: the **Debtor, c/o Registered Agent Nabeel T. Ansari**, 525 East Jackson St., #803, Orlando, FL 32801; **Office of the United States Trustee**, George C Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; All parties listed on the **attached Mailing Matrix**.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

**Ansari Pizza, LLC**
**Case No.:  6:24-bk-01433**
**20 Largest Unsecured Creditors**
**and Combined All-Creditor Matrices**

EQUIFAX WORKFORCE
SOLUTIONS LLC
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

JMC RESTAURANT DISTRIBUTION
1080 WEST BETHEL RD
COPPELL, TX 75019-4427

KENNEY COMMUNICATIONS INC
1215 SPRUCE AVENUE
ORLANDO, FL 32824

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Peter P. Wiest
10447 Down Lakeview Drive
Windermere, FL 34786

PINELLAS CO. TAX COLLECTOR
PO BOX 31149
TAMPA, FL 33631-3149

ASCENTIUM CAPITAL LLC
23970 HWY 19 N
Kingwood, TX 77339

CINTAS
PO BOX 630910
CINCINNATI, OH 45263-0910

ECOLAB PEST ELIMINATION DIV.
26252 NETWORK PLACE
CHICAGO, IL 60673

FL Dept of Revenue
c/o Receivables Management
PO Box 8045
Tallahassee, FL 32314-8045

FLORIDA DEPT OF REVENUE
5050 W TENNESSEE ST.
TALLAHASSEE, FL 32399-0125

Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida First Capital
Finance Corporation
1351 N. Gadsden St.
Tallahassee, FL 32303

INNOVATIVE TECHINCAL
SERVICE ONE LLC
9153 CARMELA AVE
DAVENPORT, FL 33897

Republic Trash Servies
11255 Rocket Blvd.
Orlando, FL 32824

Spectrio, LLC
PO BOX 890271
CHARLOTTE, NC 28289-0271

STATE CLEANING SOLUTIONS
PO BOX 844284
BOSTON, MA 02284-4284

Universal Roof & Contracting
5655 CARDER RD.
ORLANDO, FL 32810

STREET OUTDOOR
52 RILEY RD 377
CELEBRATION, FL 34747

WRAPS FOR LESS LLC
4490 35TH ST
ORLANDO, FL 32811

CITY OF SEVIERVILLE
PO BOX 5500
Sevierville, TN 37864-5500

SafeT Systems Inc.
2051 Castaic Lane
Knoxville, TN 37932

Tennessee Dept of Revenue
c/o TN Atty General's Office
P.O. Box 20207
Nashville, TN 37202-0207

Tennessee Dept. of Revenue
Attn: Taxpayer Services Div.
3RD Floor, 500 Deaderick St.
Nashville, TN 37242

CITY OF GATLINBURG
PO BOX 5
GATLINBURG, TN 37738-0005

Coca-Cola Service & Parts
PO Box 102703
ATLANTA, GA 30368

ENVIRO MASTER INTERNATIONAL
FRANCHISE LLC
PO BOX 12350
CHARLOTTE, NC 28220

Pinellas Co. Tax Collectotor
29399 US Hwy 19 N #100
Clearwater, FL 33761

SACOA CASHLESS SYSTEM
6457 Hazeltine Natoinal Dr.
Suite 130
Orlando, FL 32822

SYSCO WEST COAST FLORIDA INC
3000 69TH ST EAST
PALMETTO, FL 34221

Miami-Dade Co. Tax Collector
200 NW 2nd Ave
Miami, FL 33128

UNIVERSAL FIRE
2232 W 80TH ST BAY 1
HIALEAH, FL 33016

STEARNS BANK N.A.
500 13TH STREET
ALBANY, MN, 56307

U.S. SMALL BUSINESS ADMIN.
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL, 35203

U.S. SMALL BUSINESS ADMIN.
7825 BAYMEADOWS WAY, STE 100-B
JACKSONVILLE, FL 32256

FIRST HORIZON BANK
ATTN: JORDAN D. BRYAN, CEO
165 MADISON AVE.
MEMPHIS, TN 38103

FIRST HORIZON BANK
C/O REGISTERED AGENT, CT
CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

TRUIST BANK
ATTN: HASANA STANBERRY, V.P.
214 N TRYON ST
CHARLOTTE, NC 28202

TRUIST BANK
C/O REGISTERED AGENT
CORPORATION SERVICE CO.
1201 HAYS ST.
TALLAHASSEE, FL 32301

FIFTH THIRD BANK
ATTN: TIMOTHY N. SPENCE, CEO
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

FIFTH THIRD BANK
C/O REGISTERED AGENT
CORPORATION SERVICE CO.
1201 HAYS ST.
TALLAHASSEE, FL 32301

CITIZENS NATIONAL BANK
ATTN: DOUGLAS SWAGGERTY, CEO
200 FORKS OF THE RIVER PKWY,
SEVIERVILLE, TN 37862

C T CORPORATION SYSTEM, AS REP.
ATTN: SPRS
330 N BRAND BLVD, SUITE 700
GLENDALE, CA, 91203

CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE
P.O. BOX 2576
SPRINGFIELD, IL, 62708

FFE SERVICES LLC,
AS REPRESENTATIVE
244 MADISON AVENUE, SUITE 379
NEW YORK, NY, 10016

FFE SERVICES LLC, AS REPRESENTATIVE
3 W 35TH STREET, 10TH FLOOR
NEW YORK, NY, 10001

STEARNS BANK N.A.
ATTN: KELLY SKALICY, CEO
4191 2ND ST S
SAINT CLOUD, MN 56301

# EXHIBIT "A"

| Ansari Pizza LLC | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 |
|---|---|---|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May |
| Management Income | 0 | 150,000 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 |
| ARE loan receivable | | | | | | | | | |
| Professional Fees | | | | 1,550 | | | | 1,550 | |
| Vehicle Insurance paid from AP | | | | 5,901 | | | | 5,901 | |
| Debt Service | | | 1,750 | 3,655 | | | 1,750 | 3,655 | |
| Main Office | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Executive Compensation | | 38,000 | | 38,000 | | 38,000 | | 38,000 | |
| Charitable Donations | | | | 300 | | | | 300 | |
| Other disbursement | | 32,000 | | | | 32,000 | | | |
| **Net Cash Flow Ansari Pizza** | -8,000 | 72,000 | -9,750 | -57,406 | -8,000 | 72,000 | -9,750 | -57,406 | -8,000 |
| | (8,000) | 72,000 | (9,750) | (57,406) | (8,000) | 72,000 | (9,750) | (57,406) | (8,000) |
| **Beginning CASH** | 17,992 | 9,992 | 81,992 | 72,242 | 14,836 | 6,836 | 78,836 | 69,086 | 11,680 |
| **Ending Available Cash** | 9,992 | 81,992 | 72,242 | 14,836 | 6,836 | 78,836 | 69,086 | 11,680 | 3,680 |