**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| ANSARI PIZZA, LLC | Case No. 6:24-bk-01433 |
| | *Lead case* |
| | *Jointly Administered with* |
| 5033 WEST 192, LLC | Case No. 6:24-bk-01434 |
| 7437 INTERNATIONAL DRIVE, LLC | Case No. 6:24-bk-01435 |
| 7763 WEST 192, LLC | Case No. 6:24-bk-01436 |
| PIZZA BUFFET 749, LLC | Case No. 6:24-bk-01438 |
| PIZZA BUFFET CLEARWATER, LLC | Case No. 6:24-bk-01439 |
| PIZZA BUFFET GATLINBURG, LLC | Case No. 6:24-bk-01440 |
| PIZZA BUFFET PIGEON FORGE, LLC | Case No. 6:24-bk-01442 |
| PIZZA UNLIMITED SEVIERVILLE, LLC | Case No. 6:24-bk-01443 |
| Debtors. | |
| _____/ | |

## DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

The above-captioned Debtors, though counsel and pursuant to Local Rule 2081-1, hereby

file this Joint Chapter 11 Case Management Summary.

## I.    DESCRIPTION OF DEBTORS' BUSINESSES

1.    The Debtors are all Florida limited liability companies.

2.    The Debtor in the above-styled "Lead case" is ANSARI PIZZA, LLC, which is the

parent LLC that oversees and manages the operations of multiple CiCi's Pizza locations.

3.    The additional above-captioned jointly administered Debtors (collectively referred to

as the "Affiliated Debtors")[1] are single-purpose entities dedicated to a single CiCi's Pizza location.

---

1 The "Affiliated Debtors" are: 5033 WEST 192, LLC, 7437 INTERNATIONAL DRIVE, LLC, 7763 WEST 192, LLC, PIZZA BUFFET 749, LLC, PIZZA BUFFET CLEARWATER, LLC, PIZZA BUFFET GATLINBURG, LLC, PIZZA BUFFET PIGEON FORGE, LLC, and PIZZA UNLIMITED SEVIERVILLE, LLC.

4.     The following chart sets forth all of the Debtors names and the related CiCi's Pizza restaurant information for each of the Affiliated Debtors:

| Debtor | Cici's Pizza # | Store Location |
|---|---|---|
| **ANSARI PIZZA, LLC** | n/a | n/a |
| **5033 WEST 192, LLC** | 585 | 5033 West Hwy 192 Kissimmee, FL 34747 |
| **7437 INTERNATIONAL DRIVE, LLC** | 580 | 7437 International Drive Orlando, FL 32819 |
| **7763 WEST 192, LLC** | 797 | 7763 W Irlo Bronson Memorial Hwy Kissimmee, FL 34747 |
| **PIZZA BUFFET 749, LLC** | 749 | 410 W 49th St Hialeah, FL 33012 |
| **PIZZA BUFFET CLEARWATER, LLC** | 897 | 1560 McMullen Booth Rd Units G1, H1-H2 Clearwater, FL 33759 |
| **PIZZA BUFFET GATLINBURG, LLC** | 900 | 849 River Road Gatlinburg, TN 33738 |
| **PIZZA BUFFET PIGEON FORGE, LLC** | 888 | 3189 Parkway, Unit 4B Pigeon Forge, TN 37863 |
| **PIZZA UNLIMITED SEVIERVILLE, LLC** | 822 | 1811 Parkway, #100 Sevierville, TN 37862 |

## II.    LOCATIONS OF THE DEBTOR'S OPERATIONS

5.     The corporate headquarters for Ansari Pizza, LLC are located at 525 East Jackson Street, Unit 708, Orlando, FL 32801.

6.     The Affiliated Debtors operate their respective restaurant at the addresses set forth in the chart above.

7.     All the Debtors lease their respective premises from third-party lessors.

2

### III.    REASONS FOR AND EVENTS LEADING TO FILING CHAPTER 11

8.    Prior to the COVID-19 pandemic, the Debtors' operations included eighteen (18) CiCi's Pizza restaurants. The pandemic, however, caused a drastic impact to the sales and revenues of the restaurants. To survive, the Debtors took out loans and obtained other emergency relief from the U.S. Small Business Administration (SBA), which allowed all 18 restaurants to make it through the pandemic. Though all the restaurants were able to resume operations, the destructive financial impacts of the pandemic continued as sales failed to return to pre-pandemic levels and accrued debt obligations began coming due.

9.    Already hampered by the residual post-pandemic negative impacts, inflationary rises and ever-increasing costs of labor and goods only worsened the Debtors' financial situation. Eventually, these negative economic impacts became insurmountable and, over the last few years, ten (10) of the Debtor's restaurants were closed prepetition by working with the franchisor and returning the premises to the landlords.

10.    Already fragile, the final blow to the Debtors' finances and operations was excessive litigation expenses. Prepetition, the Debtors were sued by Mr. Peter Weist for an alleged $3.5 million debt. The Debtors dispute that any debt is owed. With attorney's fees and costs racking up, the Debtors' already-precarious financial situation ultimately became untenable and the costs of litigation completely unaffordable.

11.    To protect their business, creditors, and interest holders the Debtors determined that it was in the best interests of all parties to reorganize through chapter 11.

**IV.** **LIST OF OFFICERS AND DIRECTORS AND THEIR SALARIES AND BENEFITS AT TIME OF FILING AND DURING THE ONE YEAR PRIOR TO FILING**

12.    Ansari Pizza, LLC is the 100% member of the Affiliated Debtors.

13.    The members of Ansari Pizza, LLC are as follows: Faisal Ansari (21.05%); Jasmine Ansari (16.425%); Nabeel Ansari (21.05%); Sophia Ansari (21.05%); and Tahir Ansari (18.25%).

14.    Nabeel Ansari is the Manager of all the Debtors. As of the Petition Date his bi-weekly W-2 salary was approximately $12,200. In 2023, his total annual compensation was roughly $300,000.

**V.** **DEBTORS' ANNUAL GROSS REVENUE**

15.    The Debtors' gross revenues are as follows:

| Debtor | 2023 | 2024 (YTD) |
|---|---|---|
| ANSARI PIZZA, LLC | $0 | $366,000.00 |
| 5033 WEST 192, LLC | $2,005,054.48 | $445,957.73 |
| 7437 INTERNATIONAL DRIVE, LLC | $3,520,747.45 | $750,770.35 |
| 7763 WEST 192, LLC | $3,520,747.45 | $444,201.03 |
| PIZZA BUFFET 749, LLC | $2,328,874.98 | $590,246.62 |
| PIZZA BUFFET CLEARWATER, LLC | $2,328,874.98 | $401,560.29 |
| PIZZA BUFFET GATLINBURG, LLC | $1,105,184.27 | $216,007.09 |
| PIZZA BUFFET PIGEON FORGE, LLC | $2,206,675.26 | $366,066.07 |
| PIZZA UNLIMITED SEVIERVILLE, LLC | $2,202,993.35 | $364,613.26 |

**VI.** **AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS SECURED CLAIMS:**

**A. Priority Claims:**

16.    The Debtors owe sales taxes to the States of Florida and Tennessee for February and March 2024, in the estimated amount of $150,000.

17.    Due to a disablement issue of their employer tax-filing PIN numbers, the Debtors do have an outstanding balance of about $7,000 owed to the Florida Department of Revenue for

reemployment taxes. The Debtors are actively working to have their PINs reestablished with the DOR, at which time they can determine the total amount owed and a plan to remedy.

18.    The Debtor, Ansari Pizza, LLC, owes roughly $9,200 for Federal Income Taxes.

**B. Secured Claims**

19.    The U.S. SMALL BUSINESS ADMINISTRATION ("SBA") holds secured loans against all but three Debtors with an approximate the original aggregate principal amount of $4,600,000, which are secured by, among other things, a lien on all assets, as evidenced by certain Florida UCC-1 Financing Statements. More specifically, the respective secured debts owed to the SBA are as follows:

| Debtor | SBA Loan Amount | FL UCC-1 # |
|---|---|---|
| ANSARI PIZZA LLC | $150,000.00 | 202002043939 |
| 7437 INTERNATIONAL DR LLC | $150,000.00 | 202003136833 |
| 7763 W 192 LLC | $2,000,000.00 | 202003645185 |
| PIZZA BUFFET 749 LLC | $2,000,000.00 | 20200368377X |
| PIZZA BUFFET CLEARWATER LLC | $150,000.00 | 202003657221 |
| PIZZA BUFFET PIGEON FORGE LLC | $150,000.00 | 202003658627 |

20.    Additionally, searches of the Florida Secured Transaction Registry reveal the UCC-1 financing statements as set forth in the chart attached on the **Exhibit A**.

**C. Unsecured Claims:**

21.    The Debtors estimate they owe less than $500,000 to unsecured creditors, most of whom are trade creditors.

22.    Additionally, the Debtors dispute the unliquidated and contingent unsecured debt allegedly owed to Mr. Weist in the amount of $3.5 million.

## VII.   GENERAL DESCRIPTION AND APPROXIMATE VALUE OF THE DEBTOR'S CURRENT AND FIXED ASSETS

23.   As of the Petition Date, the Debtors' cash on hand, as of the Petition Date, a chart setting forth the balances of the Debtors' prepetition bank accounts (collectively, the "Prepetition Accounts") is attached hereto as **Exhibit B.**

24.   The Debtors also own additional personal property, comprised mostly of property and equipment, with an estimated combined book value of $1.3 million as of year-end.

## VIII.   NUMBER OF EMPLOYEES AND AMOUNT OWED AS OF PETITION DATE

25.   Together, the Debtors employ approximately one hundred (100) W-2 employees (the "Employees"). Combined, the Debtors owe their Employees approximately $142,000 for prepetition employee wages, salaries, benefits, and related withholdings.

26.   The Debtors' Employees are paid bi-weekly for services rendered during the prior two-week period.  Each of the Debtor maintains its own workforce and pays its respective Employees through Paychex, a payroll processor.

27.   The next payroll is to be paid on April 5, 2024, for the pay period beginning on March 18, 2024, and ending March 31, 2024 – which includes eight days prepetition. The details the prepetition payroll obligations owed by each Debtor to its Employees are set forth in the attached **Exhibit C**.

## IX.   STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS

28.   With respect to payroll taxes, the Debtors believe they are current on all tax obligations line-itemed in the attached **Exhibit C**.

29.   As set forth above in the section pertaining to priority claims, the Debtors owe about (a) $7,000 to the Florida Department of Revenue for reemployment taxes, and (b) $150,000 to the States of Florida and Tennessee for sales tax.

**X.**     **ANTICIPATED EMERGENCY RELIEF WITHIN 14 DAYS OF PETITION DATE**

30.    The Debtors have filed the following motions seeking emergency relief within 14 days of the Petition Date, which are set to be heard on March 28, 2024, at 9:00 AM: (i) *Emergency Motion for Joint Administration;* (ii) *Emergency Motions to Use Cash Collateral;* (iii) *Emergency Motion to Maintain Prepetition Bank Accounts; and (iv) Emergency Motion to Pay Prepetition Wages.*

**XI.**     **THE DEBTOR'S STRATEGIC OBJECTIVES,**

31.    Through this chapter 11 process, the Debtors intend to reorganize to allow for the successful continuation and reemergence of operations at all existing eight restaurants. To do so, the Debtors plan on restructuring its SBA debts and liquidating the disputed contingent claim of Mr. Weist. To that end, the Debtors will continue working cooperatively with their franchisor, landlords, and all other creditors to financially restructure. The Debtors will use chapter 11 to develop a joint plan that will restructure loan terms and reduce expenses, so that the Debtors will emerge with eight strong and viable restaurants.

**RESPECTFULLY SUBMITTED** this 27th day of March 2024.

*/s/ Lauren Stricker*
R. Scott Shuker, Esq.
Florida Bar No.: 984469
rshuker@shukerdorris.com
Lauren L. Stricker, Esq.
Florida Bar No.: 91526
lstricker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2024, a true copy of the foregoing **JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**, together with any exhibits, was uploaded for filing via the Court's CM/ECF system which will serve an electronic notice of filing upon all registered parties in interest, and was also furnished via U.S. Mail or electronically to the **Debtors, c/o Registered Agent Nabeel T. Ansari**, 525 East Jackson St., #803, Orlando, FL 32801; **Office of the United States Trustee**, George C Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; U.S. Small Business Administration, 7825 Baymeadows Way, Suite 100-B, Jacksonville, FL 32256 (bankruptcynotices@sba.gov); and **Jerrett M. McConnell, Subchapter V Trustee**, 6100 Greenland Rd., Unit 603, Jacksonville, FL 32258.

*/s/ Lauren Stricker*
Lauren L. Stricker, Esq.