## EXHIBIT A
## UCC Financing Statements

| Creditor | FL UCC Filing No | Date Filed | Debtor | Collateral |
|---|---|---|---|---|
| **C T CORPORATION SYSTEM, AS REPRESENTATIVE ATTN: SPRS 330 N BRAND BLVD, SUITE 700 GLENDALE, CA, 91203** | 201900377207 | 12/13/2019 | **7437 INTERNATIONAL DRIVE, LLC** | The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2407385… |
| **CORPORATION SERVICE COMPANY, AS REPRESENTATIVE** P.O. BOX 2576 SPRINGFIELD, IL, 62708 Email: UCCSPREP@CSCINFO.COM | 202000785253 | 2/3/2020 | **7437 INTERNATIONAL DRIVE, LLC** | 1. Sale of Accounts by Debtor/Purchase of Rights to Payments by Secured Party: Secured Party has purchased all accounts, general intangibles, and rights to payment, or a portion/percentage thereof, generated by Debtor on account of credit, debit, and all other card transactions relating to the operation of Debtor's business and sold by Debtor to Secured Party pursuant to any agreements between Debtor and Secured Party (as any of them may be amended, restated, renewed, replaced, or otherwise modified from time to time). The portion of any transaction between Debtor and Secured Party relating to the foregoing is intended as a sale and not as an assignment for security.

2. Collateral Securing Obligations to Secured Party: In order to secure Debtor's performance of its covenants relating the purchase(s) and sale(s) covered by this filing, Debtor has given Secured party an interest in the following, collectively referred to as the "Collateral": All of Debtor's personal property and fixtures, tangible and intangible, wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof, including without limitation: all equipment, furniture, artwork, inventory, instruments, investment property, documents, general intangibles, deposits, contract rights, tradenames, trademarks, patents, supporting obligations, payment intangibles, chattel paper, commercial tort claims, licenses, liquor licenses, permits, franchise agreements, payments due from credit card and bank card companies or processors, accounts receivable, accounts, leases, deposit accounts, refunds of bonds, monies due or to become due from the State Liquor Authority and/or State Division of Alcoholic Beverage Control and, to the extent not listed above as original collateral, all products and proceeds of the foregoing collateral in whatever form, including, without limitation, all payments under insurance, whether or not Secured Party is the loss payee thereof, all proceeds of any governmental taking, and any indemnity, warranty, letter of credit (including the right to draw on such letter of credit), or guaranty payable by reason of any default under, loss of, damage to or otherwise with respect to, any of the foregoing. |
| | 202000785261 | 2/3/2020 | **5033 WEST 192, LLC** | |
| | 202000785326 | 2/3/2020 | **7763 WEST 192, LLC** | |
| | 202000785342 | 2/3/2020 | **PIZZA UNLIMITED SEVIERVILLE, LLC** | |
| | 202000785482 | 2/3/2020 | **PIZZA BUFFET PIGEON FORGE, LLC** | |
| | 202000785490 | 2/3/2020 | **PIZZA BUFFET CLEARWATER, LLC** | |
| | 202000785520 | 2/3/2020 | **PIZZA BUFFET GATLINBURG, LLC** | |
| | 202000785563 | 2/3/2020 | **PIZZA BUFFET 749 LLC** | |

| Creditor | FL UCC Filing No | Date Filed | Debtor | Collateral |
|---|---|---|---|---|
| **FFE SERVICES LLC AS REPRESENTATIVE** 244 MADISON AVENUE SUITE 379, NEW YORK, NY, 10016 | 201909087937 | 7/9/2019 | **7763 WEST 192, LLC** | For valuable consideration, Grantor grants to Lender a first priority security interest in the Collateral to secure the payment of the Indebtedness including the principal, fees and interest and any and all other liabilities of Granter to Lender under the Agreement, whether now existing or hereafter arising and whether absolute or contingent. As used herein, the term "Collateral" includes all right, title, and interest of Grantor, whether now owned or existing or hereafter created, acquired, or arising, in and to all of the following: (A) accounts, (B) chattel paper, (C) instruments, (D) documents, (E) general intangibles, (F) letter of credit rights, (G) supporting obligations; (H) deposit accounts; (I) investment property; (J) inventory; (K) equipment; and (L) fixtures; together with (1) all supporting obligations, evidence and documents relating to any such property, (2) all accessions and additions to, and substitutions and replacements of, any and all of such property, and (3) any and all proceeds and products of the foregoing. As used herein, "UCC" shall refer to either the Uniform Commercial Code of the Commonwealth of Virginia or the State of California, as applicable. If the Grantor's principal place of business is not in California, then all terms which are used in this Security Agreement which are defined in the UCC of the Commonwealth of Virginia as in effect from time to time shall have the same meanings as such terms are defined in the UCC, unless this Security Agreement shall otherwise specifically provide. If the Grantor's principal place of business is in California, then all terms which are used in this Security Agreement which are defined in the UCC of the State of California as in effect from time to time shall have the same meanings as such terms are defined in the UCC, unless this Security Agreement shall otherwise specifically provide. All capitalized terms not defined in this Security Agreement shall have the meanings provided in the Agreement. |
| **FFE SERVICES LLC AS REPRESENTATIVE** 3 W 35TH STREET 10TH FLOOR, NEW YORK, NY, 10001 | 202000547840 | 1/3/2020 | **7437 INTERNATIONAL DRIVE, LLC** | For valuable consideration, Grantor grants to Lender a first priority security interest in the Collateral to secure the payment of the Indebtedness including the principal, fees and interest and any and all other liabilities of Granter to Lender under the Agreement, whether now existing or hereafter arising and whether absolute or contingent. As used herein, the term "Collateral" includes all right, title, and interest of Grantor, whether now owned or existing or hereafter created, acquired, or arising, in and to all of the following: (A) accounts, (B) chattel paper, (C) instruments, (D) documents, (E) general intangibles, (F) letter of credit rights, (G) supporting obligations; (H) deposit accounts; (I) investment property; (J) inventory; (K) equipment; and (L) fixtures; together with (1) all supporting obligations, evidence and documents relating to any such property, (2) all accessions and additions to, and substitutions and replacements of, any and all of such property, and (3) any and all proceeds and products of the foregoing. As used herein, "UCC" shall refer to either the Uniform Commercial Code of the Commonwealth of Virginia or the State of California, as applicable. If the Grantor's principal place of business is not in California, then all terms which are |

| Creditor | FL UCC Filing No | Date Filed | Debtor | Collateral |
|---|---|---|---|---|
| | | | | used in this Security Agreement which are defined in the UCC of the Commonwealth of Virginia as in effect from time to time shall have the same meanings as such terms are defined in the UCC, unless this Security Agreement shall otherwise specifically provide. If the Grantor's principal place of business is in California, then all terms which are used in this Security Agreement which are defined in the UCC of the State of California as in effect from time to time shall have the same meanings as such terms are defined in the UCC, unless this Security Agreement shall otherwise specifically provide. All capitalized terms not defined in this Security Agreement shall have the meanings provided in the Agreement. |
| **STEARNS BANK N.A.** 500 13TH STREET ALBANY, MN, 56307 | 201908490428 | 4/26/2019 | **PIZZA BUFFET 749 LLC** | ALL PERSONAL PROPERTY OF DEBTOR OF EVERY KIND AND NATURE, WHEREVER LOCATED, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, INCLUDING WITHOUT LIMITATION, THE FOLLOWING CATEGORIES OF PROPERTY AS DEFINED IN REVISED ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE: GOODS (INCLUDING INVENTORY, EQUIPMENT, FIXTURES AND ANY ACCESSIONS THERETO), INSTRUMENTS (INCLUDING PROMISSORY NOTES), DOCUMENTS, ACCOUNTS (INCLUDING HEALTH-CARE-INSURANCE RECEIVABLES), CHATTEL PAPER(WHETHER TANGIBLE OR ELECTRONIC), DEPOSIT ACCOUNTS, LETTER-OF-CREDIT RIGHTS (WHETHER OR NOT THE LETTER OF CREDIT IS EVIDENCED BY A WRITING), COMMERCIAL TORT CLAIMS, SECURITIES AND ALL OTHER INVESTMENT PROPERTY, GENERAL INTANGIBLES(INCLUDING PAYMENT INTANGIBLES AND SOFTWARE), SUPPORTING OBLIGATIONS AND ANY AND ALL PROCEEDS OF THE FOREGOING |
| **U.S. SMALL BUSINESS ADMINISTRATION** 2 NORTH STREET, SUITE 320, BIRMINGHAM, AL, 35203 | 202002043939 202003136833 202003645185 202003657221 202003658627 20200368377X | 6/5/2020 7/4/2020 7/25/2020 7/25/2020 7/25/2020 7/26/2020 | **ANSARI PIZZA LLC** **7763 WEST 192, LLC** **7437 INTERNATIONAL DRIVE, LLC** **PIZZA BUFFET CLEARWATER, LLC** **PIZZA BUFFET PIGEON FORGE, LLC** **PIZZA BUFFET 749, LLC** | All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, {e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. |

| Creditor | FL UCC Filing No | Date Filed | Debtor | Collateral |
|---|---|---|---|---|
| WIEST PETER PAUL 10477 DOWN LAKEVIEW CIR, WINDERMERE, FL, 34786 | 202004572858 | 9/11/2020 | 5033 WEST 192, NABEEL ANSARI 7437 INTERNATIONAL DRIVE LLC, NABEEL ANSARI 7763 WEST 192 LLC, NABEEL ANSARI ANSARI PIZZA LLC, NABEEL ANSARI PIZZA BUFFET 749 LLC, NABEEL ANSARI PIZZA BUFFET CLEARWATER LLC, NABEEL ANSARI PIZZA BUFFET GATLINBURG LLC, NABEEL ANSARI PIZZA BUFFET PIGEON FORGE LLC, NABEEL ANSARI PIZZA UNLIMITED SEVIERVILLE LLC, NABEEL ANSARI | Promissory Note $3,650,000.00 maturing 9/26/2034 Principal/Interest/Late Fees Jan - Sept 2020: $295,776.00 Collateral Assignment-2010 Case Charging Order and Final Judgement of Garnishment executed by LEECO INVESTMENT LLC as Assignor in favor of Peter Paul Wiest in the case styled LEECO INVESTMENT LLC, Plaintiff, vs. PIZZA UNLIMITED INTERNATIONAL, INC; TABIR S. ANSARI, JASMINE ANSARI; AND 17855 GULF BLVD. REDINGTON, INC. Defendants, in the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida, Case No. 2010-CA-014279-0. Collateral Assignment-2011 Case Charging Order and Final Judgement of Garnishment executed by LEECO INVESTMENT LLC as Assignor in favor of Peter Paul Wiest in the case styled LEECO INVESTMENT LLC, Plaintiff, vs. PIZZA UNLIMITED INTERNATIONAL, INC.; TABIR S. ANSARI, JASMINE ANSARI; AND 17855 GULF BLVD. REDINGTON, INC Defendants, in the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida, Case No. 2011-CA-000354-0 |