**EXHIBIT B**
**DEBTORS' BANK ACCOUNTS**
(as of Petition Date)

| Debtor | Bank Name | Account # | Purpose | Balance (as of Petition Date) |
|---|---|---|---|---|
| **ANSARI PIZZA LLC** | First Horizon Bank | 8104 | Operating | $20,036.72 |
| **Total** | | | | **$20,036.72** |
| **5033 WEST 192 LLC** | First Horizon Bank | 6271 | Operating | $24,028.30 |
| | Truist Bank | 0343 | Depository | $5,192.98 |
| **Total** | | | | **$29,221.28** |
| **7437 INTERNATIONAL DR LLC** | First Horizon Bank | 9333 | Operating | $5,638.22 |
| | Truist Bank | 0572 | Depository | $25,978.34 |
| **Total** | | | | **$31,616.56** |
| **7763 WEST 192 LLC** | Fifth Third Bank, N.A. | 7713 | Depository | $13,716.09 |
| | First Horizon Bank | 9648 | Operating | $23,596.08 |
| **Total** | | | | **$37,312.17** |
| **PIZZA BUFFET 749 LLC** | First Horizon Bank | 3102 | Operating | $24,335.07 |
| | Truist Bank | 2548 | Depository | $17,788.03 |
| **Total** | | | | **$42,123.10** |
| **PIZZA BUFFET CLEARWATER LLC** | First Horizon Bank | 1734 | Operating | $939.78 |
| | Truist Bank | 6949 | Depository | $20,375.13 |
| **Total** | | | | **$21,314.91** |
| **PIZZA BUFFET GATLINBURG LLC** | Citizens National Bank | 3022 | Depository | $13,623.53 |
| | First Horizon Bank | 0526 | Operating | $9,273.12 |
| **Total** | | | | **$22,896.65** |

| Debtor | Bank Name | Account # | Purpose | Balance (as of Petition Date) |
|---|---|---|---|---|
| **PIZZA BUFFET PIGEON FORGE LLC** | **Citizens National Bank** | 8402 | Depository | $18,129.35 |
| | **First Horizon Bank** | 8499 | Operating | $10,142.96 |
| **Total** | | | | **$28,272.31** |
| **PIZZA UNLIMITED SEVIERVILLE LLC** | **Citizens National Bank** | 8215 | Depository | $19,025.45 |
| | **First Horizon Bank** | 0236 | Operating | $18,812.85 |
| **Total** | | | | **$37,838.30** |
| **Grand Total** | | | | **$270,632.00** |

2