# EXHIBIT C

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | ANSARI PIZZA, LLC | | 5033 WEST 192, LLC #585 | |
|---|---:|---:|---:|---:|
| Number of Employees | 7 | | 29 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $32,280.90 | $18,446.23 | $10,172.34 | $5,812.77 |
| Check Amounts | $0.00 | $0.00 | $13,109.68 | $7,491.25 |
|  | $32,280.90 | $18,446.23 | $23,282.02 | $13,304.01 |
| **Employee Withholdings** | | | | |
| Social Security | $2,429.13 | $1,388.07 | $1,649.19 | $942.39 |
| Medicare | $568.12 | $324.64 | $385.70 | $220.40 |
| Fed Income Tax | $3,741.82 | $2,138.18 | $1,282.98 | $733.13 |
|  | $6,739.07 | $3,850.90 | $3,317.87 | $1,895.93 |
| **Employer Withholdings** | | | | |
| Social Security | $2,429.11 | $1,388.06 | $1,649.20 | $942.40 |
| Medicare | $568.10 | $324.63 | $385.69 | $220.39 |
| Fed Unemploy | $0.00 | $0.00 | $110.03 | $62.87 |
| State Unemploy | $0.00 | $0.00 | $495.15 | $282.94 |
| Employee Deductions | $353.11 | $201.78 | $0.00 | $0.00 |
|  | $3,350.32 | $1,712.69 | $2,640.07 | $1,225.67 |
| **Totals** | **$42,370.29** | **$24,009.82** | **$29,239.96** | **$16,425.61** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | 7437 INTERNATIONAL DRIVE, LLC #580 | | 7763 WEST 192, LLC #797 | |
|---|---:|---:|---:|---:|
| Number of Employees | 34 | | 22 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $10,580.95 | $6,046.26 | $15,611.58 | $8,920.90 |
| Check Amounts | $19,643.31 | $11,224.75 | $7,127.23 | $4,072.70 |
|  | $30,224.26 | $17,271.01 | $22,738.81 | $12,993.61 |
| **Employee Withholdings** | | | | |
| Social Security | $2,158.23 | $1,233.27 | $1,610.49 | $920.28 |
| Medicare | $504.72 | $288.41 | $376.63 | $215.22 |
| Fed Income Tax | $1,922.90 | $1,098.80 | $1,223.09 | $698.91 |
|  | $4,585.85 | $2,620.49 | $3,210.21 | $1,834.41 |
| **Employer Withholdings** | | | | |
| Social Security | $2,158.25 | $1,233.29 | $1,610.50 | $920.29 |
| Medicare | $504.73 | $288.42 | $376.64 | $215.22 |
| Fed Unemploy | $136.07 | $77.75 | $99.36 | $56.78 |
| State Unemploy | $612.45 | $349.97 | $447.13 | $255.50 |
| Employee Deductions | $172.15 | $98.37 | $372.69 | $212.97 |
|  | $3,583.65 | $1,599.46 | $2,906.32 | $1,192.29 |
| **Totals** | **$38,393.76** | **$21,490.95** | **$28,855.34** | **$16,020.30** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | PIZZA BUFFET 749, LLC #749 | | PIZZA BUFFET CLEARWATER, LLC #897 | |
|---|---|---|---|---|
| Number of Employees | 26 | | 22 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $18,833.98 | $10,762.27 | $16,949.32 | $9,685.33 |
| Check Amounts | $2,458.85 | $1,405.06 | $3,106.59 | $1,775.19 |
|  | $21,292.83 | $12,167.33 | $20,055.91 | $11,460.52 |
| **Employee Withholdings** | | | | |
| Social Security | $1,505.46 | $860.26 | $1,432.07 | $818.33 |
| Medicare | $352.07 | $201.18 | $334.94 | $191.39 |
| Fed Income Tax | $1,131.48 | $646.56 | $1,256.35 | $717.91 |
|  | $2,989.01 | $1,708.01 | $3,023.36 | $1,727.63 |
| **Employer Withholdings** | | | | |
| Social Security | $1,505.47 | $860.27 | $1,432.07 | $818.33 |
| Medicare | $352.06 | $201.18 | $334.93 | $191.39 |
| Fed Unemploy | $120.30 | $68.74 | $85.58 | $48.90 |
| State Unemploy | $541.38 | $309.36 | $770.43 | $440.25 |
| Employee Deductions | $0.00 | $0.00 | $200.69 | $114.68 |
|  | $2,519.21 | $1,130.19 | $2,823.70 | $1,058.62 |
| **Totals** | **$26,801.05** | **$15,005.53** | **$25,902.97** | **$14,246.77** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | PIZZA BUFFET GATLINBURG, LLC #900 | | PIZZA BUFFET PIGEON FORGE, LLC #888 | |
|---|---|---|---|---|
| Number of Employees | 14 | | 21 | |
|  | Payroll Amts Paid on 3/25/2024 | Est. Prepetition Payroll Amts | Payroll Amts Paid on 3/25/2024 | Est. Prepetition Payroll Amts |
| **Wages** | | | | |
| Net Pay Allocations | $7,243.36 | $4,139.06 | $5,671.61 | $3,240.92 |
| Check Amounts | $5,838.75 | $3,336.43 | $13,151.16 | $7,514.95 |
|  | $13,082.11 | $7,475.49 | $18,822.77 | $10,755.87 |
| **Employee Withholdings** | | | | |
| Social Security | $929.75 | $531.29 | $1,230.28 | $703.02 |
| Medicare | $217.44 | $124.25 | $287.74 | $164.42 |
| Fed Income Tax | $743.49 | $424.85 | $898.91 | $513.66 |
|  | $1,890.68 | $1,080.39 | $2,416.93 | $1,381.10 |
| **Employer Withholdings** | | | | |
| Social Security | $929.74 | $531.28 | $1,230.29 | $703.02 |
| Medicare | $217.45 | $124.26 | $287.73 | $164.42 |
| Fed Unemploy | $56.42 | $32.24 | $87.26 | $49.86 |
| State Unemploy | $253.86 | $145.06 | $430.44 | $245.97 |
| Employee Deductions | $376.93 | $215.39 | $0.00 | $0.00 |
|  | $1,834.40 | $687.78 | $2,035.72 | $917.30 |
| **Totals** | **$16,807.19** | **$9,243.66** | **$23,275.42** | **$13,054.27** |

**DEBTORS' PREPETITION PAYROLL OBLIGATIONS**

|  | PIZZA UNLIMITED SEVIERVILLE, LLC #822 | | DEBTORS' COMBINED PAYROLL TOTALS | |
|---|---:|---:|---:|---:|
| Number of Employees | 24 | | 199 | |
|  | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** | **Payroll Amts Paid on 3/25/2024** | **Est. Prepetition Payroll Amts** |
| **Wages** | | | | |
| Net Pay Allocations | $5,609.44 | $3,205.39 | $122,953.48 | $70,259.13 |
| Check Amounts | $11,764.41 | $6,722.52 | $76,199.98 | $43,542.85 |
|  | $17,373.85 | $9,927.91 | $199,153.46 | $113,801.98 |
| **Employee Withholdings** | | | | |
| Social Security | $1,336.91 | $763.95 | $14,281.51 | $8,160.86 |
| Medicare | $312.65 | $178.66 | $3,340.01 | $1,908.58 |
| Fed Income Tax | $1,105.96 | $631.98 | $13,306.98 | $7,603.99 |
|  | $2,755.52 | $1,574.58 | $30,928.50 | $17,673.43 |
| **Employer Withholdings** | | | | |
| Social Security | $1,336.94 | $763.97 | $14,281.57 | $8,160.90 |
| Medicare | $312.66 | $178.66 | $3,339.99 | $1,908.57 |
| Fed Unemploy | $104.10 | $59.49 | $799.12 | $456.64 |
| State Unemploy | $474.16 | $270.95 | $4,025.00 | $2,300.00 |
| Employee Deductions | $1,767.55 | $1,010.03 | $3,243.12 | $1,853.21 |
|  | $3,995.41 | $1,002.11 | $25,688.80 | $10,526.10 |
| **Totals** | **$24,124.78** | **$12,504.61** | **$255,770.76** | **$142,001.51** |