**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11**<br>**Subchapter V** |
| **ANSARI PIZZA, LLC** | **Case No. 6:24-bk-01433**<br>*Lead case* |
| | *Jointly Administered with* |
| **5033 WEST 192, LLC** | **Case No. 6:24-bk-01434** |
| **7437 INTERNATIONAL DRIVE, LLC** | **Case No. 6:24-bk-01435** |
| **7763 WEST 192, LLC** | **Case No. 6:24-bk-01436** |
| **PIZZA BUFFET 749, LLC** | **Case No. 6:24-bk-01438** |
| **PIZZA BUFFET CLEARWATER, LLC** | **Case No. 6:24-bk-01439** |
| **PIZZA BUFFET GATLINBURG, LLC** | **Case No. 6:24-bk-01440** |
| **PIZZA BUFFET PIGEON FORGE, LLC** | **Case No. 6:24-bk-01442** |
| **PIZZA UNLIMITED SEVIERVILLE, LLC** | **Case No. 6:24-bk-01443** |
| **Debtors.** | *EMERGENCY RELIEF REQUESTED*<br>**on or before April 3, 2024** |

_____ /

**DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO PAY**
**AFFILIATE OFFICERS' SALARIES *NUNC PRO TUNC* TO THE PETITION DATE**
**(Emergency Relief Requested)**

**ANSARI PIZZA, LLC** (the "Debtor"), a Florida limited liability company, and eight (8)

of its affiliates or subsidiaries, which are jointly-administered debtors and debtors-in-possession

(collectively, hereinafter referred to as the "Debtors"), as debtors-in-possession, and by and

through its undersigned counsel, moves pursuant to Local Rules 2081-1(f)(6) and 9013-1(d) for

authority to pay the salaries of Nabeel Ansari and Sophia Ansari (collectively, the "Officers")

who are members and officers of **ANSARI PIZZA, LLC**. The Debtors request an emergency

preliminary hearing on or before April 3, 2024, to consider the relief requested herein, and in

support states as follows:

## I.     Jurisdiction, Venue and Procedural Background

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     On March 25, 2024 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

3.     On March 27, 2024, a SubChapter V Trustee was appointed (Doc. No. 27), however, Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

## II.     Description of the Debtor's Business and the Officers's Duties and Salary

4.     Ansari Pizza, LLC is a Florida limited liability company originally formed in February 2011 and is the parent LLC that oversees and manages the operations of multiple CiCi's Pizza locations.

5.     Nabeel Ansari is a Manager, CEO, and a 21% member of the Debtor. Accordingly, Nabeel Ansari is an officer and affiliate as that term is defined under § 101(2)(A) of the Bankruptcy Code.

6.     As set forth more particularly in *Debtors' Joint Chapter 11 Case Management Summary,* (Doc. No. 17), the Debtor in the above-styled "Lead case" is ANSARI PIZZA, LLC, which is the parent LLC that oversees and manages all aspects of the business including operations, long term and short term development strategies and goals, manage and approve budgets and contracts, secure financing for growth, identify and  develop restaurant level management teams. The entire company is founded upon and reliant upon Nabeel Ansari's

continued leadership and the technologies created by him. Without Nabeel Ansari, the Debtors would need to employ at least two senior executives. In his role as CEO, Nabeel Ansari oversees the day-to-day operations and provides the strategic vision for the company. He generally performs the duties of a CEO and has held this role since the Debtor's inception.

7.    Nabeel Ansari's bi-weekly salary is $12,269.00, plus. His current year to date salary is approx. $73,200.00 plus benefits.  In the year preceding the Petition Date, Nabeel Ansari 's salary was approx. $319,000.00 plus benefits.

8.    Sophia Ansari is a Manager, Chief Administrative Officer, and a 21% member of Ansari Pizza, LLC. Accordingly, Sophia Ansari is an officer and affiliate as that term is defined under § 101(2)(A) of the Bankruptcy Code.

9.    Sophia Ansari manages accounting and human resources functions of the business and is the primary interface with the franchisor. Sophia Ansari also assess and minimize risk to the company, communicates and implement changes in the franchise system, manages all restaurant leadership and group sales for all locations.  Without Sophia Ansari, the Debtors would need to retain two (2) senior executives: Personnel Manager and Chief Operating Officer.

10.    Sophia Ansari's  bi-weekly salary is $7,269.00, plus benefits. Her current year to date salary is approx. $43,614.00, plus benefits.  In the year preceding the Petition Date, Sophia Ansari 's salary was approx. $189,000.00, plus benefits.

11.    By way of this Motion, the Debtors seek permission to pay the Officers' as follows: Nabeel Ansari's salary at the rate of approx. $12,269.00 bi-weekly, plus benefits; and Sophia Ansari's salary at the rate of approx. $7,269.00 bi-weekly, plus benefits.

## III.    Relief Requested

12.    The Debtors seek authority to pay the Officers' salaries as described above. Without the Officers' work on behalf of the Debtors, there would be no business to reorganize and jobs to

preserve.  The Officers' continued service to the Debtors, and the Debtors' ability to compensate the Officers, is necessary for an effective reorganization.

13.    The Debtors submits that the compensation is reasonable in light of (a) the time and effort the Officers spend working for the Debtors; (b) the fact they will receive the same compensation as they had received prior to filing the bankruptcy case; (c) the compensation is reasonable for officers with such a unique performance history, background, and expertise; (d) the Debtors anticipate the Officers will be required to work more hours during this bankruptcy case; and (e) the indispensable nature of the services the Officers provides to the Debtors.

**WHEREFORE**, the Debtors respectfully request that the Court: (a) set an emergency preliminary hearing on or before April 3, 2024, to consider the relief sought herein; (b) authorize the Debtors to pay the Officers their respective salary for post-petition services, and (c) grant the Debtors such other and further relief as the Court may deem proper.

**RESPECTFULLY SUBMITTED** this 29th day of March 2024.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Subchapter V** |
| **ANSARI PIZZA, LLC** | **Case No. 6:24-bk-01433** |
| | *Lead case* |
| | *Jointly Administered with* |
| **5033 WEST 192, LLC** | **Case No. 6:24-bk-01434** |
| **7437 INTERNATIONAL DRIVE, LLC** | **Case No. 6:24-bk-01435** |
| **7763 WEST 192, LLC** | **Case No. 6:24-bk-01436** |
| **PIZZA BUFFET 749, LLC** | **Case No. 6:24-bk-01438** |
| **PIZZA BUFFET CLEARWATER, LLC** | **Case No. 6:24-bk-01439** |
| **PIZZA BUFFET GATLINBURG, LLC** | **Case No. 6:24-bk-01440** |
| **PIZZA BUFFET PIGEON FORGE, LLC** | **Case No. 6:24-bk-01442** |
| **PIZZA UNLIMITED SEVIERVILLE, LLC** | **Case No. 6:24-bk-01443** |
| **Debtors.** | *EMERGENCY RELIEF REQUESTED* |
| | **on or before April 3, 2024** |

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICERS' SALARY** *NUNC PRO TUNC* **TO THE PETITION DATE** has been furnished either electronically via the Court's CM/ECF system, or by U.S. First Class Mail to: **DEBTOR, ANSARI PIZZA, LLC**, 525 East Jackson Street, Unit 708, Orlando, FL 32801; **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1100, Orlando, FL 32801; **U.S. SMALL BUSINESS ADMINISTRATION**, 7825 Baymeadows Way, Suite 100-B, Jacksonville, FL 32256, (bankruptcynotices@sba.gov); all parties entitled to receive CM/ECF noticing; all creditors and parties-in-interest as shown on the matrix attached to the original of this motion filed with the Court on this 29th day of March 2024.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.

5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-01433-GER<br>Middle District of Florida<br>Orlando<br>Fri Mar 29 11:04:39 EDT 2024 | Ansari Pizza, LLC<br>P.O. Box 6547<br>Orlando, FL 32802-6547 | Grace E. Robson<br>Orlando<br>, FL |
| TN Dept of Revenue<br>c/oTN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | EQUIFAX WORKFORCE<br>SOLUTIONS LLC<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0001 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JMC RESTAURANT DISTRIBUTION<br>1080 WEST BETHEL RD<br>COPPELL, TX 75019-4427 |
| KENNEY COMMUNICATIONS INC<br>1215 SPRUCE AVENUE<br>ORLANDO, FL 32824-7935 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>301 S Robinson Avenue<br>Orlando, FL 32801 |
| PINELLAS CO. TAX COLLECTOR<br>PO BOX 31149<br>TAMPA, FL 33631-3149 | Peter P. Wiest<br>10447 Down Lakeview Drive<br>Windermere, FL 34786 | TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 |
| U.S. Small Business Admin.<br>2 North Street, Ste. 320<br>Birmingham, AL 35203 | U.S. Small Business Admin.<br>7825 Baymeadows Way<br>Suite 100-B<br>Jacksonville, FL 32256-7543 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | William J Simonitsch +<br>Office of the United States Trustee<br>400 West Washington St., Suite 1100<br>Orlando, FL 32801-2440 | Stuart Wilson-Patton +<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 |
| Lauren L Stricker +<br>Shuker & Dorris, P.A.<br>121 S. Orange Ave<br>Suite 1120<br>Orlando, FL 32801-3238 | Audrey M Aleskovsky +<br>DOJ-Ust<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2210 | Jerrett M McConnell +<br>McConnell Law Group, P.A.<br>6100 Greenland Road, Unit 603<br>Jacksonville, FL 32258-7436 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Florida Dept of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25