**ORDERED.**

**Dated: April 03, 2024**

Grace E. Robson
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11<br>Subchapter V |
| ANSARI PIZZA, LLC | Case No. 6:24-bk-01433-GER<br>*Lead case* |
| | *Jointly Administered with* |
| 5033 WEST 192, LLC | Case No. 6:24-bk-01434-GER |
| 7437 INTERNATIONAL DRIVE, LLC | Case No. 6:24-bk-01435-GER |
| 7763 WEST 192, LLC | Case No. 6:24-bk-01436-GER |
| PIZZA BUFFET 749, LLC | Case No. 6:24-bk-01438-GER |
| PIZZA BUFFET CLEARWATER, LLC | Case No. 6:24-bk-01439-GER |
| PIZZA BUFFET GATLINBURG, LLC | Case No. 6:24-bk-01440-GER |
| PIZZA BUFFET PIGEON FORGE, LLC | Case No. 6:24-bk-01442-GER |
| PIZZA UNLIMITED SEVIERVILLE, LLC | Case No. 6:24-bk-01443-GER |
|      Debtors. | |

_____/

| | |
|---|---|
| ANSARI PIZZA, LLC | Applicable Case No. 6:24-bk-01433-GER |
| 7437 INTERNATIONAL DRIVE, LLC | Applicable Case No. 6:24-bk-01435-GER |
| 7763 WEST 192, LLC | Applicable Case No. 6:24-bk-01436-GER |
| PIZZA BUFFET 749, LLC | Applicable Case No. 6:24-bk-01438-GER |
| PIZZA BUFFET CLEARWATER, LLC | Applicable Case No. 6:24-bk-01439-GER |
| PIZZA BUFFET PIGEON FORGE, LLC | Applicable Case No. 6:24-bk-01442-GER |
|     Applicable Debtors. | |

_____/

**(I) INTERIM ORDER GRANTING THE APPLICABLE
DEBTORS' EMERGENCY MOTIONS FOR AUTHORITY TO USE
CASH COLLATERAL; AND (II) NOTICE OF CONTINUED HEARING**

> The Court will conduct a further hearing to consider the
> continued use of cash collateral on **May 2, 2024, at 10:00 AM.**

**THIS MATTER** came on for a preliminary hearing on March 28, 2024, at 9:00 AM, upon consideration on the *Emergency Motions to Use Cash Collateral* ("Motions") (Doc. No. 3) filed by the above-captioned applicable debtors and debtors-in-possession (collectively, "Applicable Debtors").[1] Upon considering the Motions, the proffers and arguments of counsel submitted at the Hearing, noting the lack of objection to interim relief, and after due deliberation and consideration, the Court finds that good and sufficient cause exists to grant the Motions on an interim basis as set forth herein. Accordingly, it is

**ORDERED** that:

1.    <u>Interim Authorization Granted</u>. The Motions (Doc. No. 3) are **GRANTED**, on an interim basis, to the extent provided herein.

2.    <u>Interim Cash Collateral Authorization</u>.  The Applicable Debtors are authorized to use cash collateral through and including May 2, 2024 (the "Interim Period") to pay: (a) amounts expressly authorized by this Court, including payments to the United States Trustee for quarterly fees; and (b) the necessary expenses and costs of administration incurred by the Applicable Debtor pursuant to the budgets attached hereto as **<u>Composite Exhibit A</u>** (the "Interim Budgets") subject to the following terms:

---

[1] The "Applicable Debtors" are ANSARI PIZZA, LLC, 7437 INTERNATIONAL DRIVE, LLC, 7763 WEST 192, LLC, PIZZA BUFFET 749, LLC, PIZZA BUFFET CLEARWATER, LLC, and PIZZA BUFFET PIGEON FORGE, LLC.

    a.    This authorization to use cash collateral is limited to a variance not to exceed 10%, for the Interim Period unless otherwise authorized by an order of this Court;

    b.    The line-item expenses for prepetition rent, professional fees, and debt set forth in the Interim Budgets shall not be paid during the Interim Period unless otherwise authorized by an order of this Court;

    c.    Except as authorized in this Interim Order, the Applicable Debtors are prohibited from the use of cash collateral; and

    d.    This authorization extends to and includes payment of the Subchapter V Trustee's interim compensation in the monthly amount of $1,000.00, as directed by the Court's Order Prescribing Procedures in Chapter 11 Subchapter V Case, Scheduling Status Conference, and Establishing Consequences for Non-Compliance (*see* Lead Case Doc. No. 25).

3.    This authorization will continue through and including May 2, 2024.

4.    **<u>Notice of Continued Hearing</u>**:

    a.    The Court will conduct a continued preliminary hearing in this case to further consider the Moton and the continued use of cash collateral on **May 2, 2024, at 10:00 AM** before the Honorable Grace E. Robson, United States Bankruptcy Judge, at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6D, Orlando, Florida 32801.

    b.    All parties may attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

    c.    Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

    d.    The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

5.    <u>Debtor Obligations</u>. The Applicable Debtors shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

3

6.      <u>Replacement Lien</u>.   During the Interim Period, the U.S. Small Business Administration (SBA) and any other applicable secured lenders (the "Secured Lender(s)") shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as their respective prepetition lien, without the need to file or execute any documents as may otherwise be required under applicable non-bankruptcy law. The replacement lien(s) granted herein shall secure all obligations owing from the Applicable Debtors to the Secured Lender(s), respectively.

7.      <u>Without Prejudice</u>.   The provisions of this Interim Order are without prejudice to the rights of: (a) the U.S. Trustee or any party in interest to object, request modifications adequate protection or restrictions on use of cash collateral or assert any other right or remedy which may be available; and (b) the Debtors to request or modify the relief sought in the Motion.

8.      <u>Creditors Committee</u>. The provisions of this Interim Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly appointed committee to timely challenge the validity, priority, or extent of any lien(s) asserted against cash collateral.

9.      <u>Interim Order Immediately Effective</u>. Notwithstanding Bankruptcy Rule 4001(b) and 6004(h), sufficient cause exists for immediate entry of this Interim Order. The terms and conditions of this Interim Order are immediately effective and enforceable upon its entry.

10.     <u>Retention of Jurisdiction</u>.  The Court has and will retain jurisdiction to enforce this Interim Order in accordance with its terms.

*Attorney R. Scott Shuker is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.*

## EXHIBIT "A"

| Ansari Pizza LLC | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 |
|---|---|---|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May |
| Management Income ARE loan receivable | 0 | 150,000 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 |
| Professional Fees | | | | 1,550 | | | | 1,550 | |
| Vehicle Insurance paid from AP | | | | 5,901 | | | | 5,901 | |
| Debt Service | | | 1,750 | 3,655 | | | 1,750 | 3,655 | |
| Main Office | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Executive Compensation | | 38,000 | | 38,000 | | 38,000 | | 38,000 | |
| Charitable Donations | | | | 300 | | | | 300 | |
| Other disbursement | | 32,000 | | | | 32,000 | | | |
| **Net Cash Flow Ansari Pizza** | -8,000 | 72,000 | -9,750 | -57,406 | -8,000 | 72,000 | -9,750 | -57,406 | -8,000 |
| | (8,000) | 72,000 | (9,750) | (57,406) | (8,000) | 72,000 | (9,750) | (57,406) | (8,000) |
| **Beginning CASH** | 17,992 | 9,992 | 81,992 | 72,242 | 14,836 | 6,836 | 78,836 | 69,086 | 11,680 |
| **Ending Available Cash** | 9,992 | 81,992 | 72,242 | 14,836 | 6,836 | 78,836 | 69,086 | 11,680 | 3,680 |

*Composite Exhibit A*

## EXHIBIT A

**CASH COLLATERAL BUDGET**
**STORE 580**
**7437 INTL DRIVE LLC**

| CiCis 580  Cash Flow | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May |
| **Operating Income** | | | | | | |
| Food & Beverage Net sales | 68,300 | 82,000 | 68,500 | 63,900 | 62,200 | 63,800 |
| **Total Operating Cash Inflows** | 68,300 | 82,000 | 68,500 | 63,900 | 62,200 | 63,800 |
| **Operating Disbursements** | | | | | | |
| Controllables | | | | | | |
| Cost of Goods Sold | 17,696 | 17,701 | 16,734 | 20,090 | 16,783 | 15,656 |
| Team Labor Costs | | 32,326 | | 34,615 | | 29,003 |
| Restaurant Management | | 7,800 | | 7,800 | | 7,800 |
| Other Employee Costs | | 830 | | 830 | | 830 |
| R/M | 683 | 820 | 685 | 639 | 622 | 638 |
| Other Operating Costs | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Utilities | | | | 6,500 | | |
| Non Controllables | | | | | | |
| Advertising Fund / Contributions | | 15,170 | | | | |
| Rent | | 21,200 | | | | 21,200 |
| Insurance | 1,150 | | | | | 1,150 |
| Royalties | 3,612 | 3,415 | 4,100 | 3,425 | 3,195 | 3,110 |
| Professional Fees | 506 | | | | 506 | |
| Management Fee | | | | 26,000 | | |
| **Total Operating Disbursements** | 26,647 | 102,262 | 24,519 | 102,899 | 24,106 | 82,387 |
| **Net Operational Cash Flow** | 41,653 | (20,262) | 43,982 | (38,999) | 38,095 | (18,587) |
| **Non Operational** | | | | | | |
| Arcade Income | 200 | 200 | 200 | 200 | 200 | 200 |
| Interest Received | | | | | | |
| Debt Service | | | | | 731 | |
| Other disbursement | | | | | | |
| **Non Operational net** | 200 | 200 | 200 | 200 | -531 | 200 |
| **Net Cash Flow** | 41,853 | (20,062) | 44,182 | (38,799) | 37,564 | (18,387) |
| **Beginning CASH** | 31,616 | 73,469 | 53,407 | 97,589 | 58,790 | 96,353 |
| **Net Cash Flow** | 41,853 | (20,062) | 44,182 | (38,799) | 37,564 | (18,387) |
| **Ending Available Cash** | 73,469 | 53,407 | 97,589 | 58,790 | 96,353 | 77,967 |

*Composite Exhibit A*

## EXHIBIT A

#### CASH COLLATERAL BUDGET
#### STORE 797
#### 7763 WEST 192 LLC

| CiCis 797  Cash Flow | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May |
| **Operating Income** | | | | | | |
| Food & Beverage Net sales | 48,000 | 57,000 | 48,000 | 41,000 | 39,000 | 41,000 |
| **Total Operating Cash Inflows** | 48,000 | 57,000 | 48,000 | 41,000 | 39,000 | 41,000 |
| **Operating Disbursements** | | | | | | |
| Controllables | | | | | | |
| Cost of Goods Sold | 11,049 | 9,947 | 11,280 | 13,395 | 11,280 | 9,635 |
| Team Labor Costs | | 18,969 | | 22,050 | | 16,800 |
| Restaurant Management | | 9,500 | | 9,500 | | 9,500 |
| Other Employee Costs | | 450 | | 450 | | 450 |
| R/M | 864 | 1,026 | 864 | 738 | 702 | 738 |
| Other Operating Costs | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Utilities | | 7,500 | | | | |
| Non Controllables | | | | | | |
| Advertising Fund / Contributions | | 8,000 | | | | |
| Rent | | 22,543 | | | | 22,543 |
| Insurance | 464 | | | | | 464 |
| Royalties | 2,160 | 2,565 | 2,160 | 1,845 | 1,755 | 1,845 |
| Professional Fees | 506 | | | | 506 | |
| Management Fee | | | | 17,000 | | |
| **Total Operating Disbursements** | 17,043 | 82,500 | 16,304 | 66,978 | 16,243 | 63,975 |
| **Net Operational Cash Flow** | 30,957 | (25,500) | 31,696 | (25,978) | 22,757 | (22,975) |
| **Non Operational** | | | | | | |
| Arcade Income | 290 | 290 | 290 | 290 | 290 | 290 |
| Interest Received | | 8,900 | | | | 8,800 |
| Debt Service | | 9,885 | | | | 9,885 |
| Other disbursement | | | | | | |
| **Non Operational net** | 290 | -695 | 290 | 290 | 290 | -795 |
| **Net Cash Flow** | 31247 | (26195) | 31986 | (25688) | 23047 | (23770) |
| **Beginning CASH** | 37,312 | 68,559 | 42,364 | 74,350 | 48,662 | 71,709 |
| **Net Cash Flow** | 31,247 | (26,195) | 31,986 | (25,688) | 23,047 | (23,770) |
| **Ending Available Cash** | 68,559 | 42,364 | 74,350 | 48,662 | 71,709 | 47,939 |

### *Composite Exhibit A*

## EXHIBIT A

**CASH COLLATERAL BUDGET**
**STORE 749**
**PIZZA BUFFET 749 LLC**

| CiCis 749  Cash Flow | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May |
| **Operating Income** | | | | | | |
| Food & Beverage Net sales | 52,000 | 48,000 | 45,000 | 48,000 | 46,000 | 49,000 |
| **Total Operating Cash Inflows** | 52,000 | 48,000 | 45,000 | 48,000 | 46,000 | 49,000 |
| **Operating Disbursements** | | | | | | |
| Controllables | | | | | | |
| Cost of Goods Sold | 15,317 | 12,536 | 15,600 | 14,400 | 13,500 | 14,400 |
| Team Labor Costs | | 18,757 | | 18,600 | | 18,800 |
| Restaurant Management | | 5,200 | | 5,200 | | 5,200 |
| Other Employee Costs | | 370 | | 370 | | 370 |
| R/M | 520 | 480 | 450 | 480 | 460 | 490 |
| Other Operating Costs | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Utilities | | | 6,500 | | | |
| Non Controllables | | | | | | |
| Advertising Fund / Contributions | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| Rent | | 16,670 | | | | 16,670 |
| Insurance | 760 | | | | | 760 |
| Royalties | 2,340 | 2,160 | 2,025 | 2,160 | 2,070 | 2,205 |
| Professional Fees | 506 | | | | 506 | |
| Management Fee | | | | 17,000 | | |
| **Total Operating Disbursements** | 24,043 | 60,773 | 29,175 | 62,810 | 21,136 | 63,495 |
| **Net Operational Cash Flow** | 27,957 | (12,773) | 15,825 | (14,810) | 24,864 | (14,495) |
| **Non Operational** | | | | | | |
| Arcade Income | 425 | 425 | 425 | 425 | 425 | 425 |
| Interest Received | | | | | | |
| Debt Service | | | | | 9,904 | |
| Other disbursement | | | | | | |
| **Non Operational net** | 425 | 425 | 425 | 425 | -9,479 | 425 |
| **Net Cash Flow** | 28,382 | (12,348) | 16,250 | (14,385) | 15,385 | (14,070) |
| **Beginning CASH** | 37,987 | 66,369 | 54,021 | 70,271 | 55,886 | 71,271 |
| **Net Cash Flow** | 28,382 | (12,348) | 16,250 | (14,385) | 15,385 | (14,070) |
| **Ending Available Cash** | 66,369 | 54,021 | 70,271 | 55,886 | 71,271 | 57,201 |

*Composite Exhibit A*

## EXHIBIT A

CASH COLLATERAL BUDGET
STORE 897
PIZZA BUFFET CLEARWATER LLC

| CiCis 897  Cash Flow | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May |
| **Operating Income** | | | | | | |
| Food & Beverage Net sales | 23,000 | 19,000 | 23,000 | 20,000 | 20,000 | 21,000 |
| **Total Operating Cash Inflows** | 23,000 | 19,000 | 23,000 | 20,000 | 20,000 | 21,000 |
| **Operating Disbursements** | | | | | | |
| **Controllables** | | | | | | |
| Cost of Goods Sold | 8,381 | 6,000 | 6,210 | 5,130 | 6,210 | 5,400 |
| Team Labor Costs | | 18,088 | | 16,800 | | 16,000 |
| Restaurant Management | | 4,000 | | 4,000 | | 4,000 |
| Other Employee Costs | | 500 | | 500 | | 500 |
| R/M | 460 | 380 | 460 | 400 | 400 | 420 |
| Other Operating Costs | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 |
| Utilities | | | 9,000 | | | |
| **Non Controllables** | | | | | | |
| Advertising Fund / Contributions | | | | 6,500 | | |
| Rent | | 16,880 | | | | 16,880 |
| Insurance | 701 | | | | | 701 |
| Royalties | 920 | 760 | 920 | 800 | 800 | 840 |
| Professional Fees | 506 | | | | 506 | |
| Management Fee | | | | 9,000 | | |
| **Total Operating Disbursements** | 12,768 | 48,408 | 18,390 | 44,930 | 9,716 | 46,541 |
| **Net Operational Cash Flow** | 10,232 | (29,408) | 4,610 | (24,930) | 10,284 | (25,541) |
| **Non Operational** | | | | | | |
| Arcade Income | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Received | | | | | | |
| Debt Service | | | | | 731 | |
| Other disbursement | | | | | | |
| **Non Operational net** | 8,000 | 8,000 | 8,000 | 8,000 | 7,269 | 8,000 |
| **Net Cash Flow** | 18,232 | (21,408) | 12,610 | (16,930) | 17,553 | (17,541) |
| **Beginning CASH** | 21,315 | 39,547 | 18,139 | 30,749 | 13,819 | 31,372 |
| **Net Cash Flow** | 18,232 | (21,408) | 12,610 | (16,930) | 17,553 | (17,541) |
| **Ending Available Cash** | 39,547 | 18,139 | 30,749 | 13,819 | 31,372 | 13,831 |

*Composite Exhibit A*

## EXHIBIT A

### CASH COLLATERAL BUDGET
### STORE 888
### PIZZA BUFFET PIGEON FORGE LLC

| CiCis 888  Cash Flow | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| week ending on: | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May |
| **Operating Income** | | | | | | |
| Food & Beverage Net sales | 49,000 | 61,000 | 52,000 | 28,000 | 28,000 | 25,000 |
| **Total Operating Cash Inflows** | 49,000 | 61,000 | 52,000 | 28,000 | 28,000 | 25,000 |
| **Operating Disbursements** | | | | | | |
| Controllables | | | | | | |
| Cost of Goods Sold | 8,930 | 7,807 | 10,045 | 12,505 | 10,660 | 5,740 |
| Team Labor Costs | | 21,336 | | 27,685 | | 13,720 |
| Restaurant Management | | 8,000 | | 8,000 | | 8,000 |
| Other Employee Costs | | 300 | | 300 | | 300 |
| R/M | 490 | 610 | 520 | 280 | 280 | 250 |
| Other Operating Costs | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Utilities | | 5,000 | | | | 5,000 |
| Non Controllables | | | | | | |
| Advertising Fund / Contributions | | 5,000 | | | | |
| Rent | | 18,004 | | | | 18,004 |
| Insurance | | | | 315 | | |
| Royalties | 2,205 | 2,745 | 2,340 | 1,260 | 1,260 | 1,125 |
| Professional Fees | 506 | | | | 506 | |
| Management Fee | | | | 16,000 | | |
| **Total Operating Disbursements** | 14,331 | 71,002 | 15,105 | 68,545 | 14,906 | 54,339 |
| **Net Operational Cash Flow** | 34,669 | (10,002) | 36,895 | (40,545) | 13,094 | (29,339) |
| **Non Operational** | | | | | | |
| Arcade Income | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Interest Received | | | | | | |
| Debt Service | | 6,000 | | | 731 | 6,000 |
| Other disbursement | | | | | | |
| **Non Operational net** | 1,000 | -5,000 | 1,000 | 1,000 | 269 | -5,000 |
| **Net Cash Flow** | 35,669 | (15,002) | 37,895 | (39,545) | 13,363 | (34,339) |
| **Beginning CASH** | 28,272 | 63,941 | 48,939 | 86,834 | 47,289 | 60,652 |
| **Net Cash Flow** | 35,669 | (15,002) | 37,895 | (39,545) | 13,363 | (34,339) |
| **Ending Available Cash** | 63,941 | 48,939 | 86,834 | 47,289 | 60,652 | 26,313 |

## *Composite Exhibit A*