## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

ANSARI PIZZA, LLC                                   Chapter 11
d/b/a CICI'S PIZZA                                    Case No. 6:24-bk-01433-GER
      Debtor.
_____/

### OBJECTION TO PLAN OF REORGANIZATION

        COMES NOW, CHARLES W. THOMAS, Tax Collector of Pinellas County, Florida (hereinafter the "Tax Collector"), by and through the undersigned counsel, and files this Objection to Plan of Reorganization of Debtor, ANSARI PIZZA, LLC d/b/a CICI'S PIZZA, and as grounds therefor states the following:

        1.      On or about April 10, 2024, the Tax Collector filed a Proof of Claim [Claim #1-1] for tangible ad valorem taxes due for year 2023 and estimated 2024 taxes in the amount of $5,979.66 plus interest. The claim was filed as secured.

        2.      Pursuant to Sect. 197.122, *Fla. Stat.*, the unpaid taxes became secured and became the first and superior lien on the underlying real property on January 1 of the respective tax years. The 2023 taxes became delinquent on April 1, 2024, and, if they remain unpaid, the 2024 taxes will become delinquent on April 1, 2025. As of the date of the delinquency, the taxes began or will begin accruing interest at a rate of 18%, pursuant to Sect. 197.172, *Fla. Stat.*, which interest accrual will continue until the taxes and interest are paid in full.

        3.      Pursuant to Florida and Federal law, the Tax Collector is entitled to be paid the tangible ad valorem taxes in full through the Plan, including receipt of 18% interest on any delinquent taxes, under 11 U.S.C. §§ 506(b) and 511(a), and the Tax Collector's first and superior lien is entitled to be recognized and retained until paid in full of all claimed taxes.

4. The Tax Collector objects to the following provision of the Debtor's Plan:

a) Under the heading **Section VIII Treatment of Claims and Interests**, **Class 7 Pinellas County Tax Collector,** the Plan states as follows:

> " . . . PCTC shall receive payment of its Allowed Class 7 Secured Claim in equal monthly installments over twelve (12) months with interest at 10%."

The Tax Collector objects to the incorrect interest rate of 10% on the grounds that, the proper interest rate payment should be the applicable statutory rate under Florida law which is 18%.  11 U.S.C. § 511.

WHEREFORE, the Tax Collector respectfully requests that the Debtor be required to amend its Plan to reflect that the Tax Collector will receive 100% of its secured claims at the applicable state statutory rate of 18%, as is provided by Florida law.

*/s/ Jason C. Ester*
Jason C. Ester
Managing Assistant County Attorney
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
Florida Bar No. 15206
(727) 464-3354 phone; 464-4147 fax
E-Mail Address: jester@pinellas.gov
Attorney for Tax Collector

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Objection to Plan of Reorganization has been furnished either by U.S. Mail or electronically to Ansari Pizza, LLC, Debtor, PO Box 6547, Orlando, FL 32802; R. Scott Shuker, Esq. and Lauren L. Stricker, Esq., Shuker & Dorris, P.A., Attorneys for Debtor, 121 S. Orange Ave, Suite 1120, Orlando, FL 32801, rshuker@shukerdorris.com and lstricker@shukerdorris.com; Jerrett M. McConnell, Trustee, McConnell Law Group, P.A., 6100 Greenland Rd, Unit 603, Jacksonville, FL 32258, trustee@mcconnellawgroup.com; Audrey M. Aleskovsky, Esq. and William J. Simonitsch, Esq, attorneys for U.S. Trustee, 400 W. Washington St, Suite 1100, Orlando, FL 32828, Audrey.m.aleskovsky@usdoj.gov and William.j.simonitsch@usdoj.gov; and all recipients of notice via the Court's CM/ECF system, on this the 22nd day of July, 2024.

                                          */s/ Jason C. Ester*
                                          Jason C. Ester
                                          Managing Assistant County Attorney
                                          Florida Bar No. 15206